UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 1:22-cr-00011-RJL-3 |
| | ) | |
| **ALAN FISCHER III,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Alan Fischer III, by and through the undersigned retained counsel, and pursuant to Local Rule 44.5 of the Criminal Rules of Procedure for the Federal District Court of the District of Columbia, hereby respectfully requests this Court Order the substitution of John M. Pierce, John Pierce Law with Carolyn Stewart, Stewart Country Law PA.

The undersigned submits that the substitution of counsel will not unnecessarily delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.

A proposed order is attached for the Court's convenience.

Date: February 14, 2022               Respectfully Submitted,

*/s/ John M. Pierce*

John M. Pierce
21550 Oxnard Street
3d Floor, PMB#172
Woodland Hills, CA 91637
Tel: (213) 279-7648
Email: jpierce@johnpiercelaw.com

## **CERTIFICATE OF SERVICE**

     I, John M. Pierce, hereby certify that on this day, February 14, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                                    /s/ John M. Pierce
                                                 John M. Pierce