UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:22-CR-00011 (RJL) |
| | ) | |
| ALAN FISCHER III, | ) | |
| also known as "AJ," | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED ORDER**

To preserve the Defendant Alan Fischer's Sixth Amendment Right to Counsel; to allow the Court to decide on the Defendant's pretrial detention in an upcoming motion; to ensure that the Defendant's arraignment is not delayed or impeded, Fed. R. Crim. P. 10; and to ensure Defendant's ability to participate in discovery with counsel, it is hereby **ORDERED** that the United States Marshals Service shall keep Defendant in his current detention facility in Florida to ensure his appearance at a hearing before the undersigned. The United States Marshals Service shall not transport Defendant to Washington, D.C. until and unless an order to that effect is issued by this Court. The United States Marshals Service shall coordinate with the detention facility, counsel, and this Court to ensure Defendant is available for any future remote hearings.

**SO ORDERED.**

Dated: February 28, 2022                              _____
                                                                                    RICHARD J. LEON
                                                                                    United States District Judge