UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.    Case No.: 8:22-mj-01043-JSS

ALAN FISCHER, III
_____/

## ORDER OF DETENTION PENDING TRIAL

THIS MATTER is before the Court upon the Government's motion to detain Defendant pursuant to 18 U.S.C. § 3142. In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail hearing has been held. This Court concludes that the following facts require the detention of Defendant, Alan Fischer, III, pending further order of the Court.

Defendant is charged in a Complaint with assaulting, resisting, or impeding certain officers using a dangerous weapon in violation of 18 U.S.C. § 111, civil disorder in violation of 18 U.S.C. § 231, entering and remaining in a restricted building or grounds with a dangerous weapon in violation of 18 U.S.C. § 1752; disorderly and disruptive conduct in a restricted building or grounds with a deadly or dangerous weapon in violation of 18 U.S.C. § 1752; physical violence in a restricted building or grounds with a deadly or dangerous weapon in violation of 18 U.S.C. § 1752, violent and disorderly conduct in a capitol building in violation of 40 U.S.C. § 5104, and committing an act of physical violence in the capitol grounds or building in violation of 40 U.S.C. § 5104. The Government seeks detention on grounds that

Defendant is a risk of flight and danger to the community. Upon consideration, for the reasons stated on the record at the hearing and based on the factors under 18 U.S.C. § 3142(g), to specifically include the nature and circumstances of the case, the weight of the evidence against Defendant, and the history and characteristics of Defendant, the Court finds that Defendant should be detained pending the final outcome of this case. The charges against Defendant involve allegedly violent conduct against law enforcement officers and the evidence proffered by the Government appears strong. Additionally, Defendant has resided in the Middle District of Florida for a relatively short period of time, possesses a passport, and traveled internationally recently. The Government also proffered that Defendant's background includes previous acts of violence against law enforcement officers, violent threats against others, and the use of illegal narcotics. Thus, the Government has met its burden of establishing by clear and convincing evidence that no conditions are available to reasonably ensure the safety of the community. *See United States v. King*, 849 F.2d 485, 488 (11th Cir. 1988). The Government has also met its burden of establishing by a preponderance of the evidence that no conditions are available to ensure Defendant's future appearance at trial. *See King*, 849 F.2d at 489. Given that there are no conditions available to the Court that would allow for Defendant's release and assure his future appearance in Court, it is hereby **ORDERED** that Defendant be **DETAINED.**

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the

extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

      **DONE** and **ORDERED** in Tampa, Florida, on January 14, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service