Elizabeth S. Boele

Tampa, Florida 33602

Dear Judge Leon,

Thank you for taking the time to read my letter. I will do my best to keep it brief. I understand that a letter from a mother in its very nature will be deemed biased however I would like to assert that while I may be AJ's mother, I have always been very objective in my role and have always done my best to parent with a clear view, never being of the mind set of "not my son". My intention is for you to see the man before you as he is and not as just the written words on Court documents may suggest.

We are a (former) Staten Island, New York 9/11 family. AJ lost his cousin that day as well a family friend and many other friends since, from 9/11 related illness. AJ's (soon to be at that time) Step-Father was a 9/11 Firefighter and first responder. AJ was seven years old when that tragic event took place and it deeply effected him, in what turned out to be, a very positive way. He learned at that young age what Patriotism and Service really meant. He saw his Dad and paternal Grand Father had dedicated their lives to helping and saving others. My father was an Army Major and retired from the Office of Inspector General in NYC. My mother was an RN, his Aunts all educators, and many cousins Police and Firefighters. These were his role models. He quickly sought out ways to get involved with community service and Patriotism. He begged to join our local Navy Sea Scout group, in addition to already being a Cub Scout.
He quickly befriended the leader of the Sea Scout group, a formal Naval Lieutenant Commander and Nutley Police head detective who was added to his list of role models. He also became an Alter Boy at our Church. At the age of twelve AJ set a goal to become an Air Force Airman. With that goal set he lived his life carefully, never getting into any real trouble and always avoiding the wrong crowd and having the discernment to stay away from anything that would complicate that goal or his strong values. He has never been someone that had to learn from his mistakes.

He independently sought out a viable path at the age of twelve that would almost guarantee his acceptance to the Air Force, by attending Seton Hall Prep in New Jersey. He was always a good student and was always in honor classes but drilled down for the preceding two years to ensure his acceptance to Seton Hall Prep. We were not in a position to wholly afford the expensive tuition, so he, on his own and unbeknownst to us, did his best working at our family restaurant after school and on weekends and any odd jobs he could do around our neighborhood in Nutley NJ, to quietly save and contribute to that tuition. He has always been a very hard worker.
In his senior year of High School, he took some (thoughtful) time to decide if he wanted to enlist or go to college first and enter the Air Force as an officer. He decided to enlist, as he explained "I'm joining to serve my Country, not to be treated or classified as an Officer".

His plan was to take as many college courses as possible while in the AF but the job he chose, Air Craft (c17) Loadmaster Journeyman, was not conducive to studying or online courses.

While an Airman AJ received many awards and medals as well as constant accolades and praise from his superiors.

Once honorably discharged in 2017, he was accepted to Baruch College were he excelled. His father and I had just moved to Florida. AJ was homesick for his family (we are a very close and very loving bunch) and he decided that being close to his family was more important than the prestigious school he was attending. He moved to Florida after finishing his first year there, transferring to The University of Tampa.

He worked tirelessly an as unpaid intern at his current job while attending school full time, graduating ahead of time in December 2020. He has made his specialty within his new career VA Home loans and assistance. Once becoming a loan officer, the first loan that he closed was for a disabled man that had been shot in a home invasion. AJ worked tirelessly to help find a suitable home for this man, donated a portion of his commission to their closing costs as well as physically building a handicap entrance ramp all at his expense. He quite literally went without to help this man. I write all of this to you to highlight who my son truly is.

The last 42 days has been the hardest time of my life. We are all in constant worry about AJ, weighed down with the injustice that has been served so far, him being denied bond and labeled as a violent threat to the community and a flight risk.
His absence, knowing where he is and how unjust the system has been so far has left us all in a constant state of pain.
My son has never been violent in his entire life. He has always been a peacemaker and has always understood and chosen the power of rational, thoughtful discussion over fisticuffs.
He is admired by all that know him, young and old. He is a gentleman, patient and kind. He is always very respectful to any authority. He is a gentle soul. He loves his Country and his family. He is a Christian in the true sense. He lives his life as best as he can to follow in Christ.
He is truly a wonderful example of what all men should be. You would like him.

He is dedicated to his family, shares a strong bond with all of us, his love story girlfriend of 6 years, his friends and employer and his poor dog Blue that is also heartbroken and confused by his absence.

He is in writhing, constant pain from his Air Force injuries not being able to have the bi weekly physical therapy that he is prescribed, along with not being given any of his medications for his first 30 days in jail. Now only a small form of what he needs for pain management is being given. He has yet to see a doctor. He suffers from MCAS and that serious illness too is being ignored. His confinement, poor and insufficient diet and lack of supplements and medications to control his MCAS has left him very sick, suffering with heart palpitations, intermittent high blood pressure, throat closing and more on a daily basis.

I fear his health will continue to deteriorate causing irreparable harm if he is not released soon.

I beg of you and make a solemn promise that my son will not let you down if you choose to show mercy and give him back to us.
He is a man of his word, always has been and always will be.

Respectfully,
Elizabeth S. Boele

Brian Boele

Tampa, FL 33602

2/22/22

The Honorable Judge Leon,

I write this letter today on behalf of Alan E. Fischer III (AJ), of whom you will be overseeing a trial of. It is written with the hope it may provide some insight into the man, that you may otherwise not be aware of based on just court proceedings.

I came into young AJ's life when he was 8 years old. Despite being estranged from his father at a young age I found AJ to be an extremely happy and inquisitive young gentleman. I attribute much of that to the dedication and devotion of his mother Elizabeth who as a single woman did her very best to raise AJ, and his one year older sister Madison, to be without wants as she made sure they were raised with stability, character and most of all surrounded by love.

AJ and I quickly became buddies as I introduced him to sports and often brought him to the firehouse where I worked. AJ would sometimes ride on my fire truck as we went and did daily routines and sit in with us on our meals etc. My coworkers loved AJ and always enjoyed his visits. Although I was the Captain I would like to believe AJ would have been welcome by my crew even if I had not been!

Throughout his upbringing his mother and I continued to instill the values that we believed were necessary to be not only a productive member of society but a wise caring one. Never once did I ever feel as if he wasn't my son after Elizabeth and I married and never once do I believe he didn't feel that way too. I call him my son whenever I reference him, and am proud to do so.

I stood amongst the horror and devastation of September 11th 2001. Amidst the chaos, unmentionable loss of life and acceptance of the evil in this world what I recall most is none of that. I recall the overwhelming sense of unity, teamwork, patriotism and most of all the love mankind has for each other. I knew at that that time the evil I witnessed didn't stand a chance against the goodness of this world when people had clear perspective. I fear now I may have been mistaken.

While I rarely if ever talk about the more extreme things I witnessed in my time there, and that still haunt me to this day, as AJ grew older I would sometimes talk to him about the lives of some of the fireman lost (AJ lost a firefighter cousin and a close family friend as well) and who's many funerals I attended. I stressed to AJ the importance of remembering that day and the sacrifices made and while attempting to instill a sense of duty to our fellow man, emphasized that I didn't believe a single

Madison Fischer

Lakeland, FL 33803

Honorable Judge Leon,

    I'm writing this letter to you regarding my brother, Alan Edward Fischer (AJ). It is rare in this life to meet someone who is as kind and compassionate as they are courageous and selfless, but I am fortunate enough to not only have met someone with those attributes but to call him my brother. First and foremost, AJ is a loving son, brother, boyfriend, and pet Dad. In addition, he is a true Christian, an Air Force Veteran, and Patriot. My brothers love for God and Christ is evident in everything he does.

    AJ has found a career he is passionate about and has created genuine relationships with his coworkers and mentors. As a Mortgage Broker, he works closely with Homes for Heroes, which was established shortly after 9/11 to assist firefighters, EMS, law enforcement, military, healthcare professionals and teachers in buying homes to give back for all they do. AJ strives to go above and beyond for his clients, ensuring they get the best advice and the most he can give them, to the point that he often goes without.

    My brother deeply loves his country, his family, his friends, and his community. AJ and I have had growing pains as many siblings do but have grown closer than ever over the last several years. I see the way he cares for his family, friends, and partner. He's often expressed to me how family is the most important thing in life, to not take it for granted, and he demonstrates that with his actions. He is a kind, genuine, and selfless person, someone I'm proud to call my brother.

    Your Honor, I hope this letter, and those of my family, help to paint the picture of who AJ truly is. My brother has the support of myself, my parents, his partner and his many friends and colleagues here in the Tampa Bay area. While AJ is self-motivated to comply with any and all legal requirements, myself and our family will also be happy to assist him with anything he needs.

    His release will not only enable him to earn wages to fight this legal battle, but will improve his mental and physical health, as he is a 100% disabled Air Force Veteran whose body is rapidly deteriorating due to lack of physical therapy and physician-prescribed medications. I have faith that you will do the right thing, because I believe in our country and our constitution, and I know AJ does as well.

Thank you for your time and consideration.

Sincerely,

*[signature]*

Madison Fischer

firefighter would have done anything different that day had they known the outcome. Simply put we are not here just for ourselves. Every year on 9-11 AJ always makes a point to reach out to me if we're apart and recognize our loss in memory together.

Apparently the sense of duty I tried to instill stuck. I could not have been more proud of AJ when he announced he would forego college too join the United States Air Force. In explaining his decision he made it clear while firefighting was most likely not in his future, he wanted to serve his country and his fellow citizens as we discussed though out his young life.
During his service AJ had the honor to not only help citizens here at home but abroad as well. AJ also unfortunately suffered injuries that led to being classified as 100% disabled. AJ not only aided people abroad by participating in foreign aid deliveries but by playing a vital role in our security flying several combat support missions and even support missions on behalf of the POTUS.

After his honorable discharge and being stationed in Charleston SC, AJ yearned for home and enrolled in a NYC college, but by that time Elizabeth and I had retired to Florida. Within that year AJ realized home wasn't where you grew up but where the people who you grew up with were. He moved to Tampa FL to be close to his family of whom his sister Madison also moved along with us. AJ transferred to the University of Tampa to complete his college degree in marketing and finance. While attending university, he took a a job with a local well known mortgage company, found himself a lifelong partner and began his pursuit of the next chapter. Knowing his family was close by he excelled.

Your honor, I respectfully ask that you grant AJ one of our nations most profound guarantees, that of innocent until proven guilty. His service to this nation, and by proxy, it's founding principles makes hm deserving of at least that. I fear that AJ's service related inquiries will only be exacerbated while incarcerated as we are already seeing evidence of that due to his lack of being able to attend physical therapy sessions etc. I will do whatever needs to be done so that AJ complies with any and all court mandates regarding his release and he will have the support of his family as he navigates our legal system. AJ has no criminal history that warrants detention and has proven he will fully cooperate by his actions the day of his detainment when he turned himself in as requested by the authorities despite being firmly convinced in his innocence. That alone should speak volumes to his character and warrant consideration.

I have confidence you will make the right decision on AJ's behalf because I refuse to accept that good will not once again prevail.

Sincerely,

Brian Boele