

**TITAN HOME LENDING, LLC**

4302 Henderson Blvd Suite 114
Tampa, Fl 33629
NMLS 973547
813-250-9663

2/18/2022

Your Honor,

 I am writing to you on behalf of Alan E Fischer (AJ). I had requested to fly up to Washington DC to present to you personally or to have the opportunity to offer testimony in a hearing, but understand that may not be possible with the current Covid Restrictions.

 I am AJ's employer, mentor and friend of almost 5 years. I met AJ right after he completed his service in the United States Air Force traveling and defending the President of the United States. When I met him, he had just been accepted to the University of Tampa and I hired him as an intern while he worked on his degree. AJ took a full class load at school and worked countless hours at my company. When he wasn't working, he was helping me get my kids to school, work, lacrosse, coaching, SAT classes etc.

 AJ's work ethic, loyalty, talent, experience where on full display for several years while being a full-time college student. It was so impressive for him to become such a part of our company and family, that we took him on all our trips with us.

 When AJ graduated, he was immediately hired as a Full-Time Mortgage Loan Originator. He went right back into school for his training, passed his tests upon completion and had immediate success in the mortgage business. AJ already had a mission and a focus to dedicate his business helping Veterans Purchase homes, make improvements to those homes and accessible for Veterans with Disabilities. AJ is member of the Organization "Homes for Heroes" assisting in closing cost contributions to Veterans and homeownership counseling. AJ was number two in sales for Titan Home Lending LLC in the 4th quarter of 2021 and is a huge success. My plan is to groom AJ to one day take over my company when I retire as I am now in my 30th Year of the mortgage business.

 I am writing you to request that AJ be released while he awaits his trial and opportunity to defend himself. AJ is an honorable and disabled veteran and served our country, specifically defending the President during his tenure. AJ worked himself to the bone as a FULL-TIME student and graduating from the University of Tampa. AJ worked an internship so hard that he was immediately offered a

Full -Time job upon graduation. AJ is trusted and talented Mortgage Loan Originator dedicated to helping Veterans and Veterans with Disabilities buy and retrofit their homes.

AJ has a Full-Time Position at Titan Home Lending, LLC. He is a needed and a trusted employee. I will personally take responsibility for him to return for all court appearances and trial, at my own expense if necessary. The only travel AJ has taken the previous 3 years are trips skiing out West and Scuba Diving in Florida with me (which I assisted paying for). AJ is a SUPERSTAR and a zero-flight risk.

Thank you for the opportunity to reach out to you in such and important matter to all of us. I hope and pray that you share the opinion that AJ has worked hard to earn the right to be released while he awaits trail so he has the ability and resources to defend himself. AJ is not rich... and I am by no means an attorney... But I do believe that AJ's ability to work and pay for the best defense possible during this process are what the Sixth and Eight Amendments are all about.

Respectfully requested,

Andrew Wood
Owner
Titan Home Lending, LLC
4302 Henderson Blvd Suite 114
Tampa, FL 33629
727-410-9663
Awood@TitanHl.com

Your Honor,

I am writing to you on behalf of Alan E Fischer (AJ). I work with AJ in the mortgage business. I own my own loan processing company. Both my company and I are licensed by the State of Florida. The mortgage company where AJ works, Titan Home Lending, LLC, is my most significant client. I have been working with Titan Home Lending for over 7 years.

I met AJ when he was hired as an intern by Titan Home Lending, LLC over 3 years ago. He had just completed his service in the United States Air Force. He traveled to many countries in service to the United States. He is very proud of his service to his country and to be a veteran. He used his GI Bill to go to school upon completion of his service. He was accepted into the University of Tampa, where he attended school full-time. It was while he was attending school full time that he began his internship with Titan Home Lending, LLC.

I was so impressed with his work ethic during his internship while he worked on his degree. He was professional, reliable, and creative. He was a huge help with the marketing efforts for Titan. Once he graduated, Andy Wood, the owner of Titan Home Lending, expressed that he was interested in hiring AJ full time and wanted my opinion. I enthusiastically supported idea. His dedication, professionalism and talent make him an ideal member of the team.

AJ passed the mortgage loan origination exam quickly and on the first attempt. He was immediately hired by Titan full time. Since then, he has been a valuable member of the team. He has gotten highly involved and focused on helping veterans purchase, make improvements and improve accessibility for disabled vets. He has joined the organization "Homes for Heroes" assisting in closing cost contributions to Veterans and homeownership counseling.

It is not only veterans that he helps. Once we were working with a woman and her husband to obtain a home loan for a manufactured home. The woman worked in a call center. Her husband was completely disabled by gunshot wound during a home invasion. They were anxious to get into a property that would be accessible for the husband but did not have extra money make accommodations. They found the perfect property inside with wide doorways and bathrooms, but it did not have a ramp in the front of the house. The husband would have to wheel around to the back for entrance. Once they closed on their new home, AJ and a friend of his built an access ramp, donating their time and materials, the first weekend the couple moved in. He is a very caring and compassionate person. He also did extensive work with Child Help while living in Charleston, SC. This organization raises money to help support the needs of children in the foster care system there.

I am writing you to request that AJ be released while he awaits the opportunity to defend himself at his trial. AJ is an honorable and disabled veteran that has served our country well. I most sincerely do to not believe he is a flight risk. His girlfriend of many years, mother, father, and sister all live within 20 – 30 minutes of each other in the Tampa Bay / Lakeland, Florida area. The only times I have known him to go on vacation have been on trips with the owner of Titan Home Lending, Andy Wood, to ski or scuba dive here in the Unites States. Most of all, he loves his dog, "Blue" and hanging out with his girlfriend, Sydney.

He is such a good person. It breaks my heart to know that he is just sitting in jail when he could be working to earn money for his defense and contributing to his community. I believe him so much that I am willing to contribute to his bail if he were granted it, even though I am not a family member or personal friend.

Respectfully requested,

*[signature]*

Christine S. Miller
Owner, CSMiller LLC
MLO #44503 / NMLS #1468555
4711 W. San Jose St
Tampa, FL 33629
813-495-3619

*Joyce Goheen*
Lakeland, FL 33803

February 21, 2022

To Whom It May Concern:

My name is Joyce Goheen and I have been a paralegal and notary in Lakeland, FL for the past 20 years. I have known AJ (Alan Fischer) for approximately four years and consider him to be a kind, honest, and caring young man. AJ loves his country and respectfully served in the Air Force until his honorable discharge a few years ago. AJ cares deeply about his family, friends and country… and I am honored to call him a friend.

AJ's character is something to be admired, as he constantly works to make the lives of those around him better, even in his career. AJ's ties to the community are strong, and I know that AJ is absolutely not a danger to himself or others, nor is he a flight risk. He has lived in Tampa for several years and his parents, sister, and long-time girlfriend spend time together regularly as they also live in the Tampa Bay area.

I pray that AJ will be released on bail while he awaits trial. It serves no one, least of all justice, for him to remain in jail. As a proud United States citizen and disabled veteran, AJ deserves the opportunity to continue working for his employer in order to be able to pay for his defense. AJ also deserves the ability to work on his case, as this is turning out to be the fight of his young life.

Respectfully,

*Joyce Goheen*

Joyce Goheen

Date: 21st day of February 2022

To: Alan J. Fischer

From: Ronald A. Vachon

RE: Personal Reference for Alan J. Fischer

To Whom it may concern,

I have known Alan for several years, as he is very close friends with my youngest Son David. I am pleased to know Alan, he has always treated me and my family with respect, and I can honestly say we are better people for knowing him. Alan is hard working, honest, donates his time to help others and he has a sense of pride in his community, and respect for the police, loyalty to his friends and family, and more importantly to his country. He has strong ties in the community, he has family in the area as well as his fiancé Sydney, who he helps support. Alan is a USAF combat veteran, and he has served his country honorably. He is not a threat to others or himself. As a former Police officer from the Commonwealth of Massachusetts, I trust Alan completely, and pray for his timely release from custody.

Respectfully:

Ronald Vachon

New Port Richey, FL 34653