


3/1/22

Your Honor,

I am writing to you on behalf of Alan E Fischer (AJ). Last year my partner, Eric and I were mortgage clients of AJ's.  Finding a home that would work for us was challenging as Eric is disabled and confined to a wheelchair.  We needed to find a home that had wide door openings and could accommodate Eric's needs.  However, in our price point most of the homes were older and would need work to accommodate Eric's needs.  AJ was a diligent partner for us.  He helped us explore a variety of loan options including a purchase plus renovation loan such as FHA 203k loans as we searched for homes and made offers.

When we found the perfect property inside with wide doorways and bathrooms, it was at the top of our price range and did not have a ramp in the front of the house.  In order for Eric to get into the house, he would have to wheel through the yard to the back sliding doors for entrance.  AJ told us not to worry that he would come up with a solution.

AJ and his company bought & donated the materials to build an access ramp for Eric.  AJ and a friend came over soon after we closed on our new home and built the ramp, so Eric could use the front door to our home.

We love our home!  It has made such a difference in our daily lives to have an accessible home. We did not know AJ before becoming his mortgage client.  We found him to be incredibly helpful and kind while working with him.  He went above and beyond helping us get a home loan to make our home work for us.  We are very grateful.

Sincerely,

Jessica Cilk