[AJ back in crowd assists man shot by police](#)

