Photos show beating being witnessed by police.



Being dragged by police and horse








Officer strikes AJ as he's being held



Police use against  horse as a weapon witnesses

 

AJ being abused on ground

