March 1, 2022

To the Honorable Judge Leon,

I am over the age of 18  years old and am providing this statement as to the best of my recollection of the events that occurred on Seventh Street in Ybor City in Tampa on July 28, 2019. I do not know either Alan Fischer nor Sydney Velazquez and have not talked to either of them until Sydney reached out to me regarding my statement.

I witnessed a police officer on a horse pick up a man and then drop him in the street. The man was not fighting back. As the officer dropped him he then made his police horse kick the man in the head. I witnessed this and I also recorded it along with many other individuals. I am making this statement under penalty of perjury and sign that it is the truth as I remember events to have occurred.

Thank you,

Caitlyn Scalzo