Affidavit of Sydney Velazquez

State of Florida

County of Hillsborough

**BEFORE ME**, the undersigned Notary Public, personally appeared Sydney Velazquez, who makes the following statement and affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts, and things set forth are true and correct to the best of her knowledge:

1. My name is Sydney Velazquez, and I currently reside at 1108-1/2 East Palm Avenue, Tampa, Florida, 33605 in Hillsborough County. I hereby make this affidavit for the purpose of providing the truth as I know it and reasonably believe in the matter regarding Tampa, Florida police report, # 2019-263188, falsely made by a former neighbor named "Charlie."

2. I am over the age of 18.

3. This affidavit is in response to Tampa police report 2019-263188 that I just became aware of. The date of the report is 5/28/2019 where a former neighbor falsely alleged an incident on 5/27/2019 in the city of Tampa, Florida. I had no prior knowledge of this report being filed almost 3 years ago. Despite living in the same building, neither I nor AJ Fischer were ever interviewed by the police. I had no contact with police or any investigators regarding the alleged incident at any time - even though the report makes clear that I ("AJ's girlfriend") was present, and should have been interviewed as a witness to the claim.

4. I am providing information, to the best of my recollection, regarding activity I witnessed and was aware of on 5/27/2019.

5. On May 27, 2019 (assuming the date in the police report is correct) I and my boyfriend AJ Fischer, who I lived with, spent the day at the pool complex to our building, where we socialized with our neighbors Charlie and Zach. They both seemed intoxicated. After a short time, AJ and Zach went off for a reason I can't recall. During their absence Charlie made a sexual advance towards me. Despite being shocked, I reminded Charlie that I was AJ's girlfriend and that we were all friends. I kept this incident to myself and considered it an uncomfortable one-time occurrence involving a drunken man who was supposedly a friend.

6. We often visited in the neighbors' apartments, and on that day in May 2019, we departed the pool and went into Zach's apartment. Charlie made another inappropriate sexual advance while I stood alone on the patio, and while AJ was inside with Zach. Charlie was noticeably drunk. He said AJ was not good enough for me, couldn't provide for me and had cheated on me. I had a strong feeling like he was trying to break us up. Before this night, Charlie always flaunted his wealth in my face and I sometimes got a weird feeling about him, but this night truly showed his true colors. I said something to the effect that AJ was a better man than Charlie could ever hope to be as I laughed. Charlie became agitated and aggressive in his speech. Although I continued to laugh it off, I became nervous and more uncomfortable and I walked inside leaving Charlie outside and apparently humiliated. I was very uncomfortable and told AJ that I needed to go to our apartment for a phone call. AJ joined me at our apartment very shortly thereafter and told me he saw I was upset. I explained that I didn't like how much our friends drank and how irresponsible they behaved when they did. I referenced how that behavior reminded me of how destructive it could to their lives and to those around them. AJ comforted me as I decided to keep Charlie's sexual advances towards me to myself  I told AJ I didn't want to be friends with Charlie anymore because his excessive drinking makes me uncomfortable. After talking, we decided to remove Charlie as a friend and then we went to sleep. To the best of my recollection, I do not believe that AJ left our home anytime during the night and believe I would have noticed had he departed and returned.

7. What I find extremely disturbing about the police report, aside from the complete falsification of events by former neighbor Charlie, is that the timeline doesn't make sense by my recollection. I never owned a handgun and AJ did not and does not own a handgun. Then the false claim made in the police report is that

AJ was thrown out and departed Zach's residence before I departed. I left just shortly ahead of AJ.

8. I am shocked and dismayed that such a claim was made and not properly investigated. The alleged witness, who resided where the alleged incident took place was not interviewed despite also living in the same building, indicating the police doubted the credibility of the claim. Even the smallest investigation would have revealed the truth. The police report states that Charlie withdrew the claim. My belief after becoming aware of all this is that Charlie withdrew the report to avoid being charged with filing a false police report and opening himself up to civil damages.

9. I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

_(signature)_  Date: 02.22.22
(Affiant's signature)  Sydney Velazquez

**Notary Public**

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

On this the 22nd day of February, 2022, the foregoing instrument was sworn to (or affirmed) and subscribed before me by **Sydney Velazquez**, known or proven to me to be the person whose name is subscribed to the within instrument.

WITNESS my hand and official seal.

Kevin Mastalsz

(Print Name)

_(signature)_ [Affix seal]

(Signature)

NOTARY PUBLIC

My Commission Expires: 02/25/2025

KEVIN MASTALSZ
Notary Public - State of Florida
Commission # HH 097859
My Comm. Expires Feb 25, 2025
Bonded through National Notary Assn.

### Instructions for Your General Affidavit

An affidavit is a written sworn statement by the person making it (called the "Affiant") as to some special knowledge that he or she possesses. It is important to note that an affidavit must be made voluntarily and should not be influenced by anyone other than the Affiant. An affidavit carries the same weight as court testimony and must be sworn to be truthful before a notary.

**Executing Your Document**

The final step is to sign the document, which is normally done in the presence of a notary public. The notary public will conduct an oath in which the Affiant will declare that all the information contained within the affidavit is correct and true to the best of the Affiant's knowledge.