PS3 (12/05-Rev. for PACTS 6/11)                                      Alan Edward Fischer, III / Unassigned

The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. § 3153(c)(1).

## PRETRIAL SERVICES REPORT

| District/Office<br>Middle District Of Florida/Tampa | Charge(s) (Title, Section, and Description)<br>**Rule 5** - The District Of Columbia |
|---|---|
| Judicial Officer<br>Honorable Julie Sneed<br>United States Magistrate Judge | **Count 1:** Title 18 U.S.C. § 231 - Civil Disorder<br>**Count 2:** Title 18 U.S.C. § 111 - Assaulting, Resisting or Impeding Certain Officers Using a Dangerous Weapon |
| Docket Number (Year – Sequence No. – Def. No.)<br><br>8:22-MJ-1043-JSS | **Count 3:** Title 18 U.S.C. § 2101 - Rioting<br>**Count 4:** Title 18 U.S.C. § 1752 - Entering and Remaining in a Restricted Building or Grounds with a Deadly Dangerous Weapon<br>**Count 5:** Title 40 U.S.C. § 5104 - Disorderly Conduct in a Capitol Building |

### DEFENDANT

| Name<br>Fischer III, Alan Edward | Employer/School<br>Titan Home Lending |
|---|---|
| Other Names on Charging Document | |
| Address<br>6333 South MacDill Avenue<br>Unit B<br>Tampa, FL 33611<br>973-752-4811-Cell | Employer/School Address<br>4302 Henderson Blvd<br>#114<br>Tampa, FL 33629 |
| At Address Since<br>6 Months | Time in Community of Residence<br>3 years | Monthly Income<br>$4,000 | Time with Employer/School<br>3 Years |

**INTRODUCTION:**

The defendant was interviewed on January 13, 2022, via telephone.

**DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:**

The defendant, age 27, advised he was born on January 14, 1994, in New York, New York. He reported he resided in New York from birth until the age of ten when his family relocated to Nutley, New Jersey, where he remained until the age of 18. Mr. Fischer related he entered the U. S. Air Force from 2013 to 2017 and returned to New Jersey briefly in 2017 before relocating to Tampa, Florida, in 2018, where he currently remains. The defendant informed he does possess a passport, which is located at his residence, and traveled internationally extensively while enlisted in the U. S. Air Force including missions in Germany and Iraq. He advised his most recent foreign travel was to Mexico approximately three years ago for his birthday.

Page 1

PS3 (12/05-Rev. for PACTS 6/11)                                                              Alan Edward Fischer, III / Unassigned

Mr. Fischer advised he has resided by himself at the above listed address in an apartment he has rented for approximately six months. He stated if released on bond he would like to return to said address. The defendant communicated his mother resides in Tampa, Florida, and his sister resides in Lakeland, Florida, and he maintains weekly contact with his family members. He informed he has no contact with his father and his whereabouts are unknown to him. Mr. Fischer reported he has never married or fathered any children.

Information provided by the defendant's mother, Elizabeth Bele, reflects the above information is substantially accurate. Mrs. Bele is confident the defendant does not pose a risk of nonappearance or a danger to the community if released on bond. She is willing to assist the defendant by co-signing any type of bond. She noted she would request co-signing a secured bond as the last resort as she and her husband are preparing to sell their home. Mrs. Bele noted there is approximately $134,000 equity in the home. Mrs. Bele reported location monitoring equipment could be utilized at the defendant's residence and she is willing to serve as a third-party custodian. A criminal record check conducted on Elizabeth Bele revealed no criminal history.

**EMPLOYMENT HISTORY / FINANCIAL RESOURCES:**

**Employed/Unemployed History:**

The defendant reported he has been employed since 2018 at Titan Home Lending as a mortgage loan officer. He noted his income is commission-based and he earns approximately $1,000 per month. Mr. Fischer related he also receives $3,000 per month in Veterans Affairs benefits as a disabled veteran. The defendant noted prior employment with the U. S. Air Force from 2013 to 2017.

Elizabeth Bele confirmed the above information and noted the defendant worked for several years at a restaurant she owned. Pretrial Services contacted the owner of Titan Home Lending, Andy Wood, who confirmed the defendant's employment. He stated the defendant's job is not in jeopardy at this time.

**Finances:**

The defendant reported the following financial information:

| Assets | Amount | Liabilities | Amount |
|---|---|---|---|
| Cash | $100.00 | 2015 Harley Davidson Motorcycle | $10,000.00 |
| 2001 Jeep Cherokee (unencumbered) | $300.00 | Credit Card | Unknown |
| 2015 Harley Davidson Motorcycle | $15,000.00 | | |
| | | | |
| **Total** | $15,400 | **Total** | $10,000 |
| **Estimated Net Worth: $5,400** | | | |

PS3 (12/05-Rev. for PACTS 6/11)                                      Alan Edward Fischer, III / Unassigned

| Monthly Income | Amount | Expenses | Amount |
|---|---|---|---|
| Salary | $1,000.00 | Motorcycle Loan Payment | $295.00 |
| Disability Income | $3,000.00 | Credit Card Minimum Payments | Unknown |
|  |  | Home/Rent | $1,250.00 |
|  |  | Utilities | $200.00 |
|  |  | Cellular Phone | $100.00 |
|  |  |  |  |
| **Total** | $4,000 | **Total** | $1,845 |
| **Estimated Monthly Cash Flow: $2,155** | | | |

Elizabeth Bele verified the defendant's assets and liabilities. She noted she is not aware of the defendant's monthly expenses.

**HEALTH:**

The defendant reported he suffers from back, shoulder, and acid reflux issues. He related he is under the care of physicians with Veterans Affairs and is prescribed an anti-inflammatory medication and acid reflux medication.

Mr. Fischer advised of no current or past mental health condition.

The defendant reported he began consuming alcohol at an unknown age and last consumed alcoholic beverages one week ago. He noted he typically consumes three beers on a monthly basis. Mr. Fischer requested not to answer any additional substance use questions without his attorney present.

Elizabeth Bele confirmed the defendant's physical and mental health reports. She also confirmed the defendant's alcohol consumption and noted she has no knowledge if the defendant has used any illegal substances.

**PRIOR RECORD:**

A criminal record check conducted through the National Crime Information Center (NCIC), Florida Crime Information Center (FCIC), and the Comprehensive Case Information System (CCIS) revealed the following arrest history.

| **Date of Arrest** | **Agency** | **Charge** | **Disposition** |
|---|---|---|---|
| 04/20/2015 (Age 21) | U. S. Air Force Security Forces, VA | Possession of Schedule I, II, or III Drugs | Acquitted. |
| 07/28/2019 (Age 25) | Tampa PD, FL | 1) Disorderly Conduct 2) Resisting Officer with Violence 3) Offenses Against Police Animals 19CF10425 | 07/28/19: Surety bond posted. 01/16/20: Count 1, adj. withheld. One day county jail with time served. Counts 2, 3 dismissed. |

PS3 (12/05-Rev. for PACTS 6/11)                                   Alan Edward Fischer, III / Unassigned

**ASSESSMENT OF NONAPPEARANCE:**

The defendant poses a risk of nonappearance for the following reasons:

1. Lack of financial ties to the community
2. Unknown substance use history
3. Possession of a passport and prior foreign travel

**ASSESSMENT OF DANGER:**

The defendant poses a risk of danger for the following reasons:

1. Nature of Instant Offense
2. Unknown substance use history

PS3 (12/05-Rev. for PACTS 6/11)                                      Alan Edward Fischer, III / Unassigned

> **This recommendation is based upon an interview with the defendant and a bail investigation conducted by Pretrial Services. The Court will take other factors into consideration when determining release or detention, as noted in 18:3142.**

**RECOMMENDATION:**

To reasonably assure the defendant's appearance and the safety of the community, Pretrial Services respectfully recommends the defendant be released on an Unsecured Bond and with the following conditions:

1. Report to Pretrial Services as directed
2. Surrender passport and do not obtain new travel documents
3. Seek and maintain employment as approved by Pretrial Services
4. Submit to any method of substance abuse testing, as directed, with costs to be borne by the defendant, as determined by Pretrial Services
5. Submit to a substance abuse evaluation and/or treatment as directed, with costs to be borne by the defendant, as determined by Pretrial Services

| Pretrial Services Officer<br>Amy Jackson<br>U.S. Pretrial Services Officer | Date<br>1/14/2022 | Time |
|---|---|---|
| Reviewed By<br>/s/Joely T. Andrews, SUSPSO | | |