```
 1      IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL
          CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR
 2                    HILLSBOROUGH COUNTY
                    CRIMINAL FELONY DIVISION
 3

 4      -------------------------- :
 5    STATE OF FLORIDA,            :
                                   :Case No.:2019-CF-010536
 6           Plaintiff,            :Division:  E
                                   :
 7    vs.                          :
                                   :
 8    ALAN EDWARD FISCHER,         :
                                   :
 9           Defendant.            :
                                   :
10      -------------------------- :

11

12     DEPOSITION OF:      SIDNEY VELAZQUEZ

13     DATE:               January 3, 2020

14     TIME:               3:18 p.m. to 3:42 p.m.

15     PLACE:              Office of the State Attorney
                           419 North Pierce Street
16                         Tampa, Florida 33602

17     PURSUANT TO:        Notice by counsel for
                           Plaintiff
18
       REPORTED BY:        ELIZABETH A. MALONE
19                         Notary Public
                           State of Florida at Large
20
                           Pages 1 - 29
21

22          MILLS REPORTING GROUP, INC.
          412 East Madison Street, Suite 817
23             Tampa, Florida 33602
                  (813)272-1814
24

25
```

1    **APPEARANCES:**

2         MICHAEL R. SCHMIZ, ASSISTANT STATE ATTORNEY
          Office of the State Attorney
3         418 North Pierce Street
          Tampa, Florida 33602

4
               Counsel for State

5

6         PATRICK HOOD, ASSISTANT PUBLIC DEFENDER
          Office of Julianne Holt, Public Defender
7         700 E. Twiggs St.
          Tampa, FL 33602

8
               Counsel for Defendant

9

10

11

12

13

                         **I N D E X**

14

Examinations                                      Page

15

     BY MR. SCHMIZ                                   3
16   BY MR. HOOD                                    19
     BY SCHMIZ                                      25
17   BY MR. HOOD                                    26
     CERTIFICATE OF OATH                            28
18   CERTIFICATE OF REPORTER                        29

19

20                    **E X H I B I T S**

     No.                                          Page

21
          None

22

23

24

25

1              THE COURT REPORTER:  Do you swear or

2         affirm that the testimony you are about to

3         give will be the truth, the whole truth, and

4         nothing but the truth?

5              THE WITNESS:  I do.

6    THEREUPON,

7                   SIDNEY VELAZQUEZ,

8         having been first duly sworn or affirmed,

9         was examined and testified as follows:

10                      **EXAMINATION**

11   BY MR. SCHMIZ:

12        Q.    Michael Schmiz here representing the

13   State along with Patrick Hood representing the

14   defense.

15             Good afternoon.  Could you please state

16   your name, spelling the last for the record?

17        A.    Velazquez, V-E-L-A-Z-Q-U-E-Z, first name

18   Sidney.

19        Q.    All right.  And Sidney, do you know a

20   Mr. Alan Fischer?

21        A.    I do, he's my boyfriend.

22        Q.    How long have you known each other?

23        A.    Almost five years.

24        Q.    Five years?  And have you guys been a

25   couple for that entire five years?

1    A.    Most of it.  Four years.

2    Q.    Okay.  Do you-all live together?

3    A.    We do.

4    Q.    How long have you been living together?

5    A.    Two-and-a-half years.

6    Q.    All right.  And not to be rude or

7  anything, do you have any children in common or

8  anything?

9    A.    Nope.

10    Q.    Okay.  Are you still together with

11  Mr. Fischer?

12    A.    Yes, we are still living together.

13    Q.    And were you with Mr. Fischer on the

14  evening of July 28th?

15    A.    Yes.

16    Q.    Okay.  And where were you-all?

17    A.    We were in Ybor.  We started off at a bar

18  called First Chance Last Chance and my little

19  sister and her friend were visiting.  We ended up

20  walking over to the Ritz.  I ended up going inside

21  looking for my sister and her friend and AJ was

22  not with me in that building.

23    Q.    Did he ever go inside the Ritz?

24    A.    He did not.

25    Q.    Okay.

```
 1            MR. HOOD:  I just want to interject real
 2       quick.  Can we clarify for the record who AJ
 3       is, just for the record?
 4            THE DEPONENT:  My boyfriend.
 5            MR. HOOD:  All right.
 6  BY MR. SCHMIZ:
 7       Q.   Would that be Mr. -- is AJ Mr. Alan
 8  Fischer?
 9       A.   Oh, I'm sorry.  I'm sorry.  Yes, Alan
10  Fischer.  I don't call him by Alan.
11       Q.   Okay.  And did some kind of contact
12  happen between Mr. Fischer and the police that
13  night?
14       A.   A lot.
15       Q.   Okay.  Start us off at the beginning.
16  When did it -- when did it first come to your
17  attention?
18       A.   So like I told you, I was not with him
19  when all this started happening.  I was in the
20  Ritz.  I was looking for my little sister and her
21  friend when a friend of mine named Jamie ran
22  inside saying that AJ was being beaten up by two
23  bouncers.  So I stopped what I was doing, I
24  stopped looking for my sister and I went outside
25  and AJ was on the ground.  And there were two
```

1    bigger guys, who I -- to be honest I'm not 100

2    percent sure, but I was told they were bouncers of

3    the Ritz, and after that I didn't know why he was

4    on the ground.  I didn't know why he was being

5    beaten up, all I saw was his arms were like this,

6    waving his arms.  He was saying, "Please stop."

7    He was being attacked and beaten --

8         Q.    Okay.

9         A.    -- by both.  So the police were not

10   involved in the beginning.

11        Q.    That's what I was going to ask.  So the

12   police hadn't gotten involved yet?

13        A.    Correct.  What happened was the police

14   then came over.  There were other people coming

15   over, pushing the bouncers away first before the

16   police made it over there.

17        Q.    Okay.

18        A.    The first thing that happened with the

19   police officer was Officer Wagner, he was on the

20   horse the whole time.  He -- AJ got up and Officer

21   Wagner had him by the shirt like this.

22        Q.    And just for the record she's grabbing

23   her collar.

24        A.    I'm grabbing my collar.  And he --

25   Officer Wagner starts to pull AJ and he's still on

```
1    the side with the sidewalk and Officer Wagner's on
2    the horse on the road.  So AJ's being pulled, and
3    I saw this, other people saw it, he then was
4    losing complete balance so when he was falling he
5    placed his hands on the horse.  He had nowhere to
6    go.
7        Q.    Okay.  Let me stop you.  Where are they
8    located when he does this?  Are they on the
9    sidewalk still or are they in the street at this
10   point?
11       A.    The horse is in the street.  AJ was -- I
12   don't know 100 percent if he was on the side of
13   the sidewalk or on it.
14       Q.    Okay.  But --
15       A.    He's right there.
16       Q.    -- they're moving towards -- would this
17   be 7th Avenue?
18       A.    I'm not really familiar with the area.  I
19   don't spend much time in Ybor.  It was right
20   outside of the Ritz.  If the Ritz is on -- I'm
21   trying to make it easier for her -- on the right
22   side, this is where it happened and this is the
23   other side of the street.  But the Ritz is on this
24   side.
25       Q.    Okay.
```

```
1        A.    They were right outside the front of the
2    Ritz.
3        Q.    Okay.  But you're not positive if they
4    were still on the sidewalk or out in the street.
5    The horse was in the street.
6        A.    The horse was not on the sidewalk.
7        Q.    Okay.
8        A.    Not that I remember.
9              So when that happened Officer Wagner was
10   screaming that Alan Fischer hit his horse.
11       Q.    Okay.
12       A.    And AJ -- first of all AJ -- he --
13   Officer Wagner told me that, he was like, "Oh, you
14   look so drunk," blah, blah, blah, but his face was
15   beaten and his -- I couldn't even -- I was like
16   trying to get AJ's -- Alan's attention and --
17   sorry, this is hard for me to talk about.
18       Q.    No, no, no.  Take your time.
19       A.    And when Officer Wagner said that he hit
20   his horse, AJ never fought back.  He was like, "I
21   never hit your horse."  And he mentioned that he
22   was a veteran.  And Officer Wagner then just got
23   really, really aggressive and was using super,
24   like, forceful motions, hitting, slapping, like,
25   not letting AJ talk.  And I got involved and I
```

```
 1    said, why -- I said why -- oh, I'm sorry, I missed
 2    a part.  He then was saying that he's under arrest
 3    because he hit his horse.
 4         Q.    Okay.
 5         A.    So then I got involved and I said -- I
 6    got involved and I said to him, I said, "Why is he
 7    being arrested?"  And Officer Wagner was plainly
 8    ignoring me, so I specifically went up to every
 9    single cop that I saw and asked them, "Why is Alan
10    Fischer being arrested and what's happening?"
11         Q.    Okay.  So let me stop you real quick.  Is
12    this after at this point when Mr. Fischer is in
13    the middle of the road with Officer Wagner Hart?
14         A.    Yeah.
15         Q.    Okay.  So the rest of the backup has
16    arrived at this point, the other police officers
17    have arrived at this point?
18         A.    Yeah, this was when --
19         Q.    Okay.
20         A.    -- other people arrived and he was the
21    one who -- Officer Wagner was the one that was
22    super, super forceful and he never got off of his
23    horse.  But he -- there were about 30 kids and
24    adults outside of the Ritz taking videos and just
25    screaming, like, so shocked about what they were
```

1    seeing.

2        Q.   Okay.

3        A.   And Officer Wagner then grabbed AJ from

4    the shirt still, his shirt is -- we still have it

5    at home.  It's completely ripped apart -- across

6    the street.  AJ had no balance.  He was just --

7    his feet were dragging on the ground and Officer

8    Wagner then went to the other side of the street

9    now, on the left side of the street if you're

10   looking at it where the Ritz is on your right, and

11   purposely moved away from all the cameras and all

12   I saw was his hand just go up and slap AJ, like,

13   right here in the neck area.

14       Q.   And so now they're in the middle of the

15   street or --

16       A.   Now they're on the other side.

17       Q.   Okay.

18       A.   And I went over there and the whole time,

19   to be honest, I was in the -- I was there.  I was

20   like, I don't understand this.  I have no idea and

21   I looked at Officer Wagner and I said, "Why are

22   you doing this?  Why are you arresting him?"

23            "He attacked my horse."  Or, he didn't --

24   I don't know if he said exactly "attacked," but he

25   said he assaulted or something.

```
 1        Q.    And when this is happening, when he's
 2   raising his hand up and striking Mr. Fischer,
 3   backup has already arrived, right?  He's not alone
 4   with the only officer there?
 5        A.    Yeah, correct.
 6        Q.    Officers had already arrived?
 7        A.    Yes.
 8        Q.    Okay.
 9        A.    And during this whole process, like I
10   told you before, I went up to every single
11   officer.  I asked them --
12        Q.    Okay.
13        A.    Just because I wanted answers.  I give
14   people the benefit of the doubt, I always have.
15   And I went up to everyone specifically because I
16   was like, I'm going to need to use -- like I need
17   to know what's going on and no one had an answer.
18   Everyone said, oh, I wasn't there.  I have no
19   idea.  Whatever, all the police officers.
20        Q.    Okay.
21        A.    And I just wanted to let you know that --
22   just a side note about what happened and how
23   Officer Wagner was acting --
24        Q.    Sure.
25        A.    -- just so you know and the amount of
```

1      aggression that was used.  One of my friends,

2      Kate, who actually also got arrested that night.

3          Q.   Okay.

4          A.   She was with me.  She ran outside, and

5      she was not there in the beginning, and she went

6      up to Officer Wagner and asked, "What's going on?

7      What's happening?"  She starts -- and he's

8      ignoring her and she starts yelling.  She had

9      quite a few drinks that night.

10         Q.   Okay.

11         A.   And Officer Wagner put his hand up and

12     back slapped her across the face to the ground.

13     And I was -- at this point I'm, like, so beside

14     myself I was -- I started bawling.  I was like,

15     what's going on?

16         Q.   Okay.

17         A.   And also another incident showing

18     aggression was there was a kid filming, and like I

19     told you so many people are filming, and they were

20     coming up to me saying they had videos, but the

21     kid on the ground was trying to get a different

22     angle, I guess, and Officer Wagner saw him taking

23     a video and just trampled him with his horse.

24         Q.   All right.  Is this the kid that was

25     taking the selfie?

1    A.    I --

2    Q.    And just so you know, we have looked at

3 the videos.  There is one gentleman that's out in

4 the middle of the road after Mr. Wagner's taking

5 Mr. Fischer out, who appears to be taking a

6 selfie, and I'm saying a selfie because he puts

7 the camera out in front of himself so everything

8 is behind him.  Is that the gentleman you're

9 talking about right there?

10   A.    I didn't -- I didn't realize that it was

11 a selfie.  All I knew is he was taking videos the

12 whole time --

13   Q.    Okay.

14   A.    -- and then was trampled by a horse.

15   Q.    All right.  I just want to break down the

16 story a little bit, okay?

17   A.    Uh-huh.

18   Q.    To your knowledge how many times does

19 Mr. Fischer come into contact with the bouncers,

20 one or two times?

21   A.    What do you mean in contact?  Like at --

22   Q.    You said they --

23   A.    They were many punches.

24   Q.    Yes, yes, yes.  Did the bouncers ever

25 re-engage Mr. Fischer?

```
 1        A.     No.

 2        Q.     Okay.  So they only handled him one time

 3   and then Officer Wagner took over?

 4        A.     Correct.

 5        Q.     Okay.  You guys -- sorry.  You said you

 6   were at another bar earlier that night?

 7        A.     Uh-huh.

 8        Q.     Was Mr. Fischer drinking that night?

 9        A.     Yeah, we both had a few drinks.

10        Q.     Okay.

11        A.     We're not big partiers.  We don't drink

12   that much.  AJ is --

13        Q.     Okay.  And that's perfectly fine.

14        A.     Yeah.

15        Q.     Approximately how many drinks would you

16   say you each had?

17        A.     I never usually have more than, like,

18   three or four.

19        Q.     Okay.  What about Mr. --

20        A.     And the same with him.

21        Q.     Three or four, as well?

22        A.     I mean, my little sister and her friend

23   were with us, so we were kind of watching over

24   them and, like --

25        Q.     Chaperoning?
```

1    A.    Yeah.

2    Q.    Okay.  And then you went into the Ritz to

3    find your sister?

4    A.    Uh-huh.

5    Q.    And Mr. Fischer was going to stay

6    outside, he wasn't going to accompany you inside,

7    correct?

8    A.    No.  I thought he was -- well, we were

9    with a few groups of -- a group of people.  I

10   think there were, like, five or six of us --

11   Q.    Okay.

12   A.    -- walking over from the first place, but

13   my little sister and her friend went to the Ritz

14   without me knowing.

15   Q.    Okay.

16   A.    So that's why we headed over there and we

17   were in, like, little groups of people.  So I was

18   under the impression he was right behind me.  The

19   only time that I knew that he wasn't was when

20   Jamie came up to get me --

21   Q.    Okay.

22   A.    -- saying that he was --

23   Q.    So you were under the impression that he

24   followed you into the Ritz?

25   A.    Yeah.

1      Q.    Okay.

2      A.    It had to have been no more than

3   five-minutes.

4      Q.    That you were inside the Ritz?

5      A.    Oh, yeah.  But I'm saying from us, like,

6   leaving the first bar --

7      Q.    Oh, okay.

8      A.    -- and going to the second.

9      Q.    How long do you think you were inside the

10  Ritz for?

11     A.    Two minutes.

12     Q.    Okay.  And so then the first time you

13  become aware of it is someone comes and tells you

14  that the bouncers are hitting Mr. Fischer or

15  beating on him?

16     A.    Uh-huh.

17     Q.    And then you go outside and Officer

18  Wagner's already there, right?

19     A.    Correct.

20     Q.    Okay.  Did you ever hear Officer Wagner

21  tell Mr. Fischer to leave the front of the Ritz or

22  to go anywhere by the time you -- I'll leave it at

23  that first.

24     A.    I -- when I got there I did not hear him

25  say anything about leaving.  I -- the first thing

1   I asked was I was just trying to get an

2   answer from the bouncers, obviously, first about

3   what happened but no one had enough respect to

4   tell me.  And then I didn't -- I never heard

5   anything that Mr. Wagner said in the beginning.

6       Q.   All right.  And you said it was two

7   bouncers, correct?

8       A.   It was two bouncers.  There were -- there

9   was another guy behind them kind of just watching.

10      Q.   Okay.

11      A.   I was so involved in what was going on I

12  didn't have a chance.  I was trying to go back and

13  talk to them to try to figure something out.  I

14  believe it -- it was two bouncers on top of him.

15      Q.   Okay.  And so you're not aware at any

16  point if Officer Wagner asked Mr. Fischer to

17  leave?

18      A.   Correct.

19      Q.   And Mr. Fischer refusing to do so?  You

20  were not there for that or you're not aware of

21  that happening?

22      A.   Asking Alan to leave where?

23      Q.   In front of the Ritz?

24      A.   The bar?

25      Q.   Yeah, to leave in front of the Ritz?

1       A.     No.

2       Q.     Okay.  Are you aware or did you see or

3   ever hear the bouncers reengaging Mr. Fischer?

4       A.     No.

5       Q.     Okay.  So really you're just there once

6   Mr. Wagner -- by the time you come out Mr. Wagner

7   -- Officer Wagner, my apologies -- has already

8   engaged Mr. Fischer, correct?

9       A.     I was there for the whole engagement with

10  him, I just -- what I was seeing --

11      Q.     Okay.

12      A.     -- didn't involve any talking.  That's

13  why I was very confused as to why it was all

14  happening in the first place.

15      Q.     Okay.  And then you were saying -- and I

16  just want to be clear for the record -- that by

17  the time Officer Wagner brought Mr. Fischer into

18  the middle of the street backup or other officers

19  had already arrived on scene prior to that?

20      A.     Correct, officers kept coming.  There

21  were --

22      Q.     Okay.

23      A.     -- I don't know exactly how many, but

24  there was the first group of them and then all of

25  a sudden the whole street was filled with cop

1    cars.

2        Q.    Did you ever see Mr. Fischer grab on to

3    Officer Wagner's shirt or anything like that?

4        A.    No.  The only thing I saw was him losing

5    balance and having to place his hands on the

6    horse, because where else would he go besides --

7    he was being dragged by the neck by --

8        Q.    And that's before they're in the middle

9    of the road, correct?

10       A.    Correct.

11       Q.    Okay.

12       A.    To be honest, if you would have seen him

13   that night he was not fully there.  He was -- his

14   head was beaten in, he was choked out --

15       Q.    Okay.

16       A.    -- and there -- he's not an aggressive

17   person, but he also wasn't in the right mindset to

18   even, like, defend himself at that point.

19       Q.    Okay.  Thank you, very much.  I have no

20   further questions.

21            MR. SCHMIZ:  Mr. Hood.

22            MR. HOOD:  Briefly.

23                    **EXAMINATION**

24   BY MR. HOOD:

25       Q.    So you testified that you saw the entire

1    interaction between Mr. Fischer and Officer

2    Wagner; is that correct?

3        A.    Correct.

4        Q.    Okay.  So did you see Mr. Fischer holding

5    himself up on a pole?

6        A.    The part with -- well, what happened with

7    the pole, I don't exactly remember when it was in

8    the night.  It was before that he went to the

9    other side where Alan -- he -- so when he was

10   being dragged by the neck he was next to a pole

11   after the fact.  It was, like, maybe -- I don't

12   know if it was before he was being dragged or

13   after, but he was next to the pole and Officer

14   Wagner took his head and hit his head in front of

15   the pole right here, like that.

16        MR. SCHMIZ:  And sorry, may I break in

17   just to clarify?

18        MR. HOOD:  Go ahead.

19        MR. SCHMIZ:  Are you saying that Officer

20   Wagner took Mr. Fischer's head and knocked it

21   into the pole?

22        THE DEPONENT:  Yeah.  So I'm just trying

23   -- I don't want to tell you -- I've never done

24   this before, but don't want to tell you,

25   like --

```
 1           MR. SCHMIZ:  We just want to know what
 2      you know.
 3           THE DEPONENT:  -- the exact order of what
 4      happened.  But he -- he did put AJ's head into
 5      the pole.  I just don't -- I forget when
 6      exactly it was, but like I told you, AJ never
 7      attacked Mr. Wagner, hit him or anything.  But
 8      when that happened that was when I, like,
 9      think we completely lost AJ that night, like
10      he just wasn't there.
11  BY MR. HOOD:
12      Q.    And why do you -- and this just may be
13  just speculation, but why do you believe AJ wasn't
14  there?  First of all explain what you mean a
15  little bit clearer by what you mean he wasn't
16  there.
17      A.    Sure.  So I've known AJ for a very long
18  time and Officer Wagner kept mentioning that he
19  was really intoxicated and I've seen AJ drunk a
20  few times and he was not drunk that night.  The
21  reason he looked like that was because he was
22  first beaten up by the bouncers.  He was choked,
23  he was tied, he was abused and when I mean he
24  wasn't fully there, I could see it in -- I walked
25  up to him and I could see it in his eyes that he,
```

```
 1    like, his consciousness wasn't 100 percent.  So
 2    when I told you he couldn't have hit back or
 3    anything or, like -- that's what I meant.  Like,
 4    he was not fully there.
 5        Q.    Did you see him get hit in the head by
 6    the bouncers?
 7        A.    I -- he -- on the ground you mean?
 8        Q.    Yeah.
 9        A.    I saw the videos.
10        Q.    Okay.
11        A.    I was not --
12        Q.    But you didn't personally see the
13    interaction with the bouncers?
14        A.    Correct, I did not.
15        Q.    Okay.  But you did see injuries to his
16    face and head?
17        A.    Yeah.  He was -- his shirt was all
18    bloody.  His face was bloody.
19        Q.    There was blood coming from his head?
20        A.    There was blood coming from here, there
21    was blood coming from right above his eyebrow.  He
22    still, I believe, has the scar from that.  His
23    nose was bleeding.  He had a cut -- he had -- I
24    don't know if his mouth was bleeding, but he had a
25    cut in his mouth.  He had a hole in his shirt on
```

1    the side from, like, rubbing on the ground and his

2    shirt was black, covered in dirt.  It was a white

3    shirt.

4         Q.   And you saw Officer Wagner smack AJ's

5    head into the pole, you said that?

6         A.   Yeah.  And I --

7         Q.   Was that face or the side of his head?

8    What part of his head hit the pole?

9         A.   So just to explain, I wasn't right next

10   to them.  I was here, the pole was here, the horse

11   was here and his head -- I saw his head go like

12   that and I didn't realize what happened until the

13   girls -- there were girls screaming.  They were,

14   like, "He just hit his head against the telephone

15   pole."  And I ran over there and I looked at AJ

16   and he was like this.  And then Officer Wagner

17   looked at the girls and was, like, making this

18   weird face being like, no.  And that's all.

19        Q.   Okay.

20        A.   So I didn't see the whole action

21   happening, but I was right there.

22        Q.   How would you characterize the behavior

23   of Officer Wagner?

24        A.   Absolutely terrifying.

25        Q.   Okay.

```
 1        A.    I have to be honest, I've always stuck up
 2    for police and in general people who are supposed
 3    to be protecting us, but like I told you, I didn't
 4    sleep for days after.  I -- my face was so puffy,
 5    I couldn't stop crying.  I was terrified.  The
 6    first time I saw a cop on the way to work the week
 7    after that happened I had to pull over because I
 8    was having a panic attack.  Like, I've just --
 9    I've never seen such behavior and it's really hard
10    because it happened to somebody that I deeply love
11    and that I know is a good person and it all didn't
12    make sense.  And if -- that's why I was trying to
13    figure out why he was being arrested in the first
14    place, because I -- I always give people the
15    benefit of the doubt.  But to see that kind of
16    behavior and not get an answer of why it was
17    happening was terrifying.
18        Q.    Did Officer Wagner at any point say
19    that -- when you were present, that you could
20    hear, -- did you hear Officer Wagner at any point
21    say that AJ hit Officer Wagner or did he only
22    mention the horse?
23        A.    I'm not 100 percent sure.  I know he said
24    the horse.
25        Q.    But did you ever -- do you recall at any
```

1    point hearing Officer Wagner say he hit me or

2    anything like that?

3        A.    I can't say that I -- 100 percent.

4        Q.    That's fine.

5              Okay.  Is there anything that we haven't

6    discussed so far in this deposition you feel would

7    be important for me to know or for the State

8    Attorney's Office, Mr. Schmiz, to know about this

9    case or about anything else related to this

10   matter?

11       A.    No, I think I told you guys everything.

12             MR. HOOD:  All right.  I have no further

13        questions.

14             MR. SCHMIZ:  I just want to ask one

15        follow up.

16                        **EXAMINATION**

17   BY SCHMIZ:

18       Q.    When Mr. Hood asked you about bouncers

19   hitting Mr. Fischer --

20       A.    Yeah.

21       Q.    -- you said you saw the videos.  I just

22   want to clarify for the record, so you never saw

23   the bouncers hit Mr. Fischer?

24       A.    I --

25       Q.    I understand you're saying you saw the

1    results.

2        A.   No, I understand --

3        Q.   But did you ever -- did you ever actually

4    watch them hit him?

5        A.   When -- by the time I was coming out he

6    -- him being hit was, like, just ending.

7        Q.   Okay.

8        A.   I saw them on top of him.  I can't say I

9    saw them physically hit him in the face when I was

10   outside.

11       Q.   And you don't know why the bouncers

12   became involved with Mr. Fischer, right?

13       A.   No.  No one could tell me.

14       Q.   Okay.

15            MR. HOOD:  One last question and I know I

16       said no more questions.

17                        **EXAMINATION**

18   BY MR. HOOD:

19       Q.   Did you see the entirety of the

20   interaction between Mr. Fischer and Officer

21   Wagner?

22       A.   Correct, yes.

23            MR. HOOD:  All right.  No further

24       questions.

25            MR. SCHMIZ:  No further questions.

1          THE DEPONENT:  Okay.

2          MR. HOOD:  Now she has to determine if

3     she wants to read or waive.

4          (There was a discussion off the record.)

5          THE DEPONENT:  Waive.

6          MR. SCHMIZ:  So that's a waiver.

7          (The deposition concluded at 3:42 p.m.)

8               *  *  *  *  *  *  *

9               STIPULATION

10         It was thereby stipulated and agreed, by

11    and between counsel present for the respective

12    parties, and the witness, that the reading and

13    signing of the deposition transcript by the

14    witness is waived.

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF OATH

 2

 3    STATE OF FLORIDA

 4    COUNTY OF HILLSBOROUGH

 5

 6          I, the undersigned authority, certify that

 7    SIDNEY VELAZQUEZ personally appeared before me and

 8    was duly sworn.

 9

10

11          WITNESS my hand and official seal this

12    date:  January 6, 2020

13

14

15

16

17                    Elizabeth A. Malone

18                    ELIZABETH A. MALONE
                      Notary Public
19                    State of Florida
                      My Commission Expires 9/15/23
20                    Commission No. GG-913302

21

22

23

24

25
```

```
 1                  CERTIFICATE OF REPORTER

 2

 3    STATE OF FLORIDA

 4    COUNTY OF HILLSBOROUGH

 5

 6           I, ELIZABETH A. MALONE, Court Reporter,

 7    certify that I was authorized to and did

 8    stenographically report the foregoing deposition;

 9    that a review of the transcript was not requested,

10    and that the transcript is a true record of the

11    testimony given by the witness.

12

13           I further certify that I am not a relative,

14    employee, attorney, or counsel of any of the parties,

15    nor am I a relative or employee of any of the

16    parties' attorney or counsel connected with the

17    action, nor am I financially interested in the

18    action.

19                  Dated:  January 6, 2020

20

21                       Elizabeth A. Malone

22                       ELIZABETH A. MALONE
                          Notary Public
23                       State of Florida
                          My Commission Expires 9/15/23
24                       Commission No. GG-913302.

25
```