UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-00011-RJL |
| | : | |
| **JOHNSON et al** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Michael M. Gordon, detailed to the United States Attorney's Office for the District of Columbia, who may be contacted by telephone at 202-365-5454 or by email at michael.gordon3@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States. Mr. Gordon joins Ms. Moore, who remains assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney DC
Bar No. 481052

By:     /s/
Michael M. Gordon
Assistant United States
Attorney, Detailee
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. 202-365-5454
michael.gordon3@usdoj.gov