UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>ALAN FISCHER III,    )<br>   also known as "AJ,"  )<br>)<br>Defendant.    ) | Case No. 1:22-CR-00011 (RJL) |

**PROPOSED ORDER**

This matter having come before the Court upon the Defense's Motion to Modify Conditions of Release, with the Government previously misrepresenting to the Defense the standard conditions used by this District Court for release on bond, not presenting any reason for a curfew, and not responding in opposition, the motion is hereby GRANTED, and it is hereby ORDERED:

The curfew for Mr. Alan Fischer, III is rescinded immediately, AND

Pretrial Services in its supervisory role shall cease entry in and searches of Mr. Fischer's residence.

**SO ORDERED.**
this    day of   , 2022.

HONORABLE Richard J. Leon
United States District Judge