UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:22-cr-11 (RJL) |
| v. | : | |
| | : | |
| ALAN FISCHER III, | : | |
| also known as "AJ," | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR LEAVE TO FILE LATE RESPONSE IN OPPOSITION

The United States of America respectfully moves for leave to file a late response to the defendant's pending *Motion to Modify Conditions of Release of Curfew Due to Change in Circumstances*, ECF No. 61. The United States' response to the defendant's motion was due on June 22, 2022. *See id.* The response that the United States seeks leave to file is attached to this motion as Exhibit 1.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:  /s/ Michael M. Gordon
MICHAEL M. GORDON
Florida Bar No. 1026025
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
For the District of Columbia
Telephone No. (813) 274-6370
michael.gordon3@usdoj.gov

## CERTIFICATE OF SERVICE

A copy of this motion, its proposed order, and the United States' proposed response to the defendant's pending *Motion to Modify Conditions of Release of Curfew Due to Change in Circumstances* will be served on counsel for defendant Alan Fischer, III by electronic mail and the ECF system, which will automatically generate notice to the defendant's counsel, on June 27, 2022.

                                              */s/ Michael M. Gordon*
                                              Michael M. Gordon
                                              Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 1:22-cr-11 (RJL) |
| **v.** : | |
| : | |
| **ALAN FISCHER III,** : | |
| also known as "AJ," : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' motion, *see* ECF No. 71, seeking leave to file a late response in opposition to the defendant's pending *Motion to Modify Conditions of Release of Curfew Due to Change in Circumstances*, ECF No. 61, and the government's proposed response to it, *see* ECF No. 71, Ex. 1, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States' proposed response to the defendant's pending motion, ECF No. 71, Ex. 1, shall be filed on the docket as so designated.

Date: _____

THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE