## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:22-cr-11 (RJL) |
| JOHNSON et al | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney (AUSA) Rebekah Lederer will appear, in the above captioned case, as co-counsel on behalf of the government along with AUSA Michael Gordon.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

Michael Gordon
Assistant United States Attorney (Detailee)

By:    */s/ REBEKAH LEDERER*
       REBEKAH LEDERER
       Pennsylvania Bar No. 320922
       Assistant United States Attorney
       U.S Attorney's Office for District of Columbia
       601 D St. N.W, Washington, DC 20530
       Tel. No. (202) 252-7012
       rebekah.lederer@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 27 day of March 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ REBEKAH LEDERER*