# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-CR-11 (RJL) |
| : | |
| ZACHARY JOHNSON, et al., : | |
| : | |
| : | |
| **Defendants.** : | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Nadia E. Moore as counsel for the United States in the above-captioned matter.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:    */s/ Nadia E. Moore*
    Nadia E. Moore, N.Y. Bar No. 4826566
      On Detail to the District of Columbia
    Assistant United States Attorney
    271 Cadman Plaza East
    Brooklyn, New York 11201
    (718) 254-6362
    Nadia.Moore@usdoj.gov