UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:22-CR-00011 (RJL) |
| ) | |
| ALAN FISCHER III,   ) | |
| BRIAN BOELE, et al.   ) | |
| ) | |
| Defendants.   ) | |

**(PROPOSED) ORDER**

This matter having come before the Court upon the Defense's Motion to set a date certain for any Rule 21 motion to transfer venue, upon good cause the motion is hereby **GRANTED**, and it is hereby:

**ORDERED** that any Rule 21 motion to transfer venue for trial is due on or before October 11, 2023

**SO ORDERED.**
this    day of    , 2023.

                                          HONORABLE Richard J. Leon
                                          United States District Judge