UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:22-CR-00011 (RJL) |
| | ) | |
| ALAN FISCHER III, | ) | |
| BRIAN BOELE, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

This matter having come before the Court upon the Defense's Motion to sever Mr. Fischer and Mr. Boele from Co-Defendants Rajewski and Brett, upon good cause the motion is hereby **GRANTED**, and it is hereby:

**ORDERED** that Mr. Boele and Mr. Fischer are severed for trial from Defendants Dion Rajewski and James Brett.

**SO ORDERED**.
this day of , 2023.

HONORABLE Richard J. Leon
United States District Judge