UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.   ) | Case No. 1:22-CR-00011 (RJL) |
| ) | |
| ALAN FISCHER III, et al.   ) | |
| ) | |
| Defendant.   ) | |

**PROPOSED ORDER**

This matter having come before the Court upon the Defense's Motion to dismiss his charges in the Indictment at ECF No. 54, upon good cause the motion is hereby **GRANTED**, and it is hereby:

**ORDERED** that Counts One, Three, Six, Nine, Thirteen, Fourteen, Fifteen, and Sixteen of the ECF No. 54 Indictment are dismissed with prejudice as to Mr. Brian Bole.

**SO ORDERED**.
this day of , 2023.

                                                                     HONORABLE Richard J. Leon
                                                                     United States District Judge