# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Case No. 1:22-CR-00011 (RJL) |
| ) | |
| BRIAN BOELE,         ) | |
| ALAN FISCHER III,    ) | |
| ) | |
| **Defendants.**      ) | |

## DEFENDANT'S' REQUEST FOR LEAVE OF COURT TO FILE LATE

Comes now the Defendant's undersigned counsel, and respectfully requests to file the motion a half day late due to technical difficulties such as internet connection and power surges overheating modems and routers. The undersigned's Adobe Acrobat was not functioning properly amidst all this. Printing, editing, and review were delayed by hours. The Acrobat and Internet problems persisted overnight.

Wherefore, the undersigned requests leave of the Court for good cause and excusable neglect in filing approximately a half day late.

Dated July 25, 2023

Respectfully submitted,
/s/ Carolyn A. Stewart
Carolyn A. Stewart, D.D.C. Bar No. FL0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

On this 2tthh day of July 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

*/s/ Carolyn A. Stewart*
Carolyn A. Stewart