UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.      ) | Case No. 1:22-CR-00011 (RJL) |
| ) | |
| **BRIAN BOELE,**    ) | |
| **ALAN FISCHER III,**   ) | |
| ) | |
| **Defendants.**   ) | |

## [PROPOSED] ORDER

This matter having come before the Court upon the Motion to extend time to Reply to ECF No. 139, as well as replies to ECFs 136-138 for Mr. Rajewski, upon good cause the motion is hereby **GRANTED**, and it is hereby:

**ORDERED** that Mr. Boele, Mr. Fischer, and Mr. Rajewski may submit replies by August 15, 2023.

**SO ORDERED**.
this day of , 2023.

HONORABLE Richard J. Leon
United States District Judge
