# Inside the F.B.I.'s Jan. 6 Investigation of the Proud Boys

A log of messages shows how agents scrambled after evidence and sought to recruit members of the group all while trying to squeeze in workouts and cope with the bureau's obsolete technology.

By Alan Feuer

Published April 1, 2023    Updated April 3, 2023

In March 2021, two months after the F.B.I. arrested Dominic Pezzola, a New York Proud Boy, on charges stemming from the Capitol attack, one of the lead agents on the case made an unusual confession. On Lync, the bureau's internal chat system, she said she felt sorry for the man she had helped take into custody.

"Is it bad i almost kind of feel bad for Pezzola?" the agent, Nicole Miller, asked one of her colleagues.

When the colleague told her that Mr. Pezzola was in jail because of choices he had made, Agent Miller seemed to agree. But then, she snapped back into work mode.

"Oh no i know that," she wrote. "His decisions put him where he is. Just feel for his kids. Wonder if he is going to cooperate though."

This behind-the-scenes exchange, and hundreds like it, were contained in a log of Agent Miller's messages on Lync, tracking her chats with other agents from Jan. 6, 2021, when she was on duty at the bureau's Washington office, to September 2022, a few months after she and her team helped bring sedition charges against Mr. Pezzola and four other members of the Proud Boys.

The log, obtained by The New York Times, provides a rare look into one of the Justice Department's most important Jan. 6 investigations. It shows how Agent Miller and her colleagues scrambled after evidence and sought to recruit members of the far-right group all while trying to deal with the odds and ends of life — everything from squeezing in workouts to coping with the bureau's obsolete technology.

Some of the Lync messages emerged recently when Agent Miller took the stand at the trial of Mr. Pezzola and his co-defendants — Enrique Tarrio, Ethan Nordean, Joseph Biggs and Zachary Rehl — which is now unfolding in Federal District Court in Washington. On cross-examination, the men's lawyers sought to use the log to suggest that other agents who chatted with Agent Miller had committed offenses like destroying evidence or scrutinizing emails between one of the defendants and his lawyer in a violation of the attorney-client privilege.

A lawyer for Mr. Pezzola described the messages as evidence of a "massive trail of F.B.I. corruption," but Judge Timothy J. Kelly, who is presiding at the trial, blasted that assertion, saying it was "unfounded speculation that has no place in a courtroom."

While the log obtained by The Times is missing several entries, it offers the most extensive portrait yet of the F.B.I.'s internal communications as agents investigated the sprawling Proud Boys case.

## 'Dismantling Things'

Agent Miller, a former Florida police officer, had been with the F.B.I. for less than two years when the Capitol was overrun.



F.B.I. police officers walking past the bureau's headquarters in Washington. After Jan. 6, agents scrambled after evidence and sought to recruit members of the far-right Proud Boys in their investigations.  Kenny Holston for The New York Times

The messages show that she was quickly named to a "conspiracy squad" of agents examining the roles that far-right groups like the Proud Boys and the Oath Keepers militia had played in the attack.

The arrest of Mr. Pezzola and another New York Proud Boy, William Pepe, helped Agent Miller build a bigger case against several of the people now on trial: Mr. Rehl, who ran the group's Philadelphia chapter; Mr. Nordean, the Seattle chapter's so-called sergeant-at-arms; Mr. Biggs, a top-ranking Florida Proud Boy; and Charles Donohoe, a chapter president from North Carolina.

As early as March 3, 2021, Agent Miller and others in the bureau's Washington office were already discussing searching Mr. Rehl's home. A few days later, Agent Miller told her colleagues that the bureau had gotten cellphone location data on Mr. Rehl and was planning to take "the Rehl stuff" to a grand jury.

Around the same time, she was juggling other tasks.

Agent Miller was also setting up a formal interview with a Proud Boy from New York and "reading backgrounds" on several other Proud Boys cases. In a separate matter, she was also working on a never-filed conspiracy indictment against the white nationalist Nick Fuentes and one of his allies, the far-right troll Anthime Gionet, better known by his nickname Baked Alaska.

Her fellow agents were impressed. "Wow," one of her colleagues in the Washington field office wrote, "you've been in WFO for what, a year? and you are already dismantling things."

## Pressing Forward

After prosecutors obtained a conspiracy indictment against the Proud Boys leaders, Agent Miller pressed on with the case.

In the spring of 2021, she and her team began examining Proud Boys chapters in St. Louis and the Hudson Valley in New York. Around the same time, working with group chats obtained through their investigation, the team also identified a Proud Boy in Pennsylvania, John C. Stewart, who later pleaded guilty to conspiracy charges and cooperated with the government's case.

Along the way, the messages show, agents kept in touch with their informants in the group. In April, one informant known as "Omlette" told his handlers that the Proud Boys would likely take part in an upcoming "White Lives Matter" rally. In June, another informant, Kenneth Lizardo from Massachusetts, provided information for a search warrant. The messages mention other informants in Cleveland and Salt Lake City.



Members of the Proud Boys during a demonstration in Washington in January 2022. The F.B.I. followed leads regarding the group all over the country.  Victor J. Blue for The New York Times

Throughout that year, Agent Miller and her team were also trying to recruit new cooperators. One message suggests that Mr. Pezzola met with prosecutors in April 2021 for a formal interview known as a proffer but did not end up cooperating with the government.

Nicholas Ochs, who ran the Proud Boys' chapter in Hawaii and was charged with conspiracy one month after the Capitol attack, also met with prosecutors for a proffer interview in the fall of 2021. But the messages show the meeting did not go well either.

"Ochs didn't offer us anything," Nicholas Hanak, another agent on the case, wrote to Agent Miller.

"Yea," Agent Hanak concluded, "no deal for him."

## 'Help'

The breakneck pace of the investigation was taking a toll.

By the summer of 2021, Agent Miller was expressing worry to a colleague about losing the comp time she had accrued. Other agents complained about gaining weight, missing family events and feeling overwhelmed by the avalanche of leads they had to follow.

"Help," a colleague wrote to Agent Miller in July.

The team found solace where they could. Colleagues often asked Agent Miller if they could come visit her dog. Others talked about the distractions to be found in Mexican food and the TV show "Ted Lasso."

In October, in a punchy exchange, one of Agent Miller's colleagues said she had been listening to Mr. Rehl fighting with his wife — presumably on a monitored jailhouse line. Agent Miller wondered if the jailed Proud Boy had discovered his wife was cheating on him, prompting the colleague to write, "hahaha i'll bring beer."



Ethan Nordean, left, Zachary Rehl, center, and Joseph Biggs approaching the Capitol on Jan. 6. All three men were charged in the case against the Proud Boys. Carolyn Kaster/Associated Press

In the same conversation, the other agent said she had read a series of emails between Mr. Rehl and his lawyer at the time, Jonathon Moseley. The messages indicated that Mr. Rehl was planning to fight his charges at trial — a fact that the other agent asked Agent Miller not to reveal to the prosecutors on the case, lest they "freak out."

Mr. Rehl's current lawyer, Carmen Hernandez, has accused the F.B.I. of violating her client's rights by illegally looking at privileged communications with his former lawyer. Prosecutors say Mr. Rehl had used a jailhouse email system that clearly stated that all of its messages were monitored just like the phone lines — a measure, they say, that amounted to a waiver of attorney-client privilege.

## The Conspiracy Hurdle

As the first anniversary of Jan. 6 came and went, Agent Miller and her team continued to investigate new subjects.

They began to focus on a group of Proud Boys who had been particularly violent at the Capitol: Ronald Loehrke, who had been in touch with Mr. Nordean before the attack took place; James Haffner, who had moved in tandem with Mr. Loehrke on Jan. 6; and two Proud Boys from Florida, A.J. Fischer and Zachary Johnson.

All four men were ultimately charged.

In February 2022, Agent Miller finally caught a break in her investigation of one of her top targets: Enrique Tarrio, the former leader of the Proud Boys. At the beginning of the month, she told a colleague that bureau technicians had extracted a Telegram group chat called the "Ministry of Self-Defense" from Mr. Tarrio's cellphone. Participants in the chat played a central role in the run-up to the Capitol attack and on the ground on Jan. 6.

"It's really good," Agent Miller wrote of the salvaged chat, adding, "Enrique didn't delete anything."



In February 2022, Agent Miller finally caught a break in her investigation of one of her top targets: Enrique Tarrio, the former leader of the Proud Boys. Mason Trinca for The New York Times

Something else was on the phone, she said: a "plan" that Mr. Tarrio and one of his girlfriends had "worked on." That appeared to be a reference to a document called "1776 Returns," which contained a detailed plan to surveil and storm government buildings around the Capitol on Jan. 6.

After calling Mr. Tarrio "an idiot" for leaving such material on his phone, Agent Miller's colleague asked if the newly discovered information would "get us over the hurdle of the conspiracy charge?"

Agent Miller said they could press forward with a conspiracy case.

"We DEF can now," she wrote.

One month later, Mr. Tarrio was arrested on an indictment charging him with conspiracy.

# A Final Break

There was one more big break.

Two days after Mr. Tarrio was charged, one of Agent Miller's colleagues wrote to say that a lawyer for Jeremy Bertino, a Proud Boy from North Carolina, had reached out, suggesting that his client was interested in talking to investigators. The F.B.I. had executed a search warrant at Mr. Bertino's home the day before Mr. Tarrio's arrest and discovered three AR-15-style rifles and a shotgun hidden behind a wall in the basement.



Jeremy Bertino, second from left with megaphone, became the government's star witness against the Proud Boys.   Luis M. Alvarez/Associated Press

Agent Miller and her team eventually determined that some of the weapons were unlicensed and could be subject to a criminal charge. The messages also show that agents found a video of Mr. Tarrio chatting with Mr. Bertino while Mr. Bertino was at a shooting range with his wife.

"We cant make this stuff up!!" Agent Miller wrote.

Over the next several weeks, Mr. Bertino was interviewed at least three times by prosecutors working on the case; and in October 2022, he formally pleaded guilty not only to a gun charge, but also to seditious conspiracy.

In February, a few weeks before Agent Miller herself testified at the Proud Boys trial, Mr. Bertino took the stand as the government's star witness.

*A correction was made on April 3, 2023*: *A picture caption with an earlier version of this article misidentified a man and a woman wearing F.B.I. uniforms. They are F.B.I. police officers, not F.B.I. agents.*

___

When we learn of a mistake, we acknowledge it with a correction. If you spot an error, please let us know at nytnews@nytimes.com.    Learn more

**Alan Feuer** covers extremism and political violence. He joined The Times in 1999. More about Alan Feuer

A version of this article appears in print on , Section A, Page 14 of the New York edition with the headline: Message Log Shows F.B.I. Scramble to Gather Evidence on Proud Boys

# PROUD BOYS SEDITIOUS CONSPIRACY TRIAL ENTERS 32ND DAY

*From emptywheel, 4/2: Thanks to the generosity of emptywheel readers we have funded Brandi's coverage for the rest of the trial. If you'd like to show your further appreciation for Brandi's great work, here's her PayPal tip jar.*

Hello, I'm Brandi Buchman and I am a reporter covering the aftermath of the attack on the U.S. Capitol on Jan. 6, 2021. I have covered the events of Jan. 6 since their inception and I have covered the Proud Boys seditious conspiracy trial since its start as well as the first Oath Keepers seditious conspiracy trial gavel-to-gavel.

It is the 32nd day (and eighth week) of the Proud Boys seditious conspiracy trial involving ringleader Henry "Enrique" Tarrio and his cohorts Ethan Nordean, Joseph Biggs, Zachary Rehl, and Dominic Pezzola. After a break for jurors on Monday—a lengthy motion hearing was held outside of their presence—they will return on Tuesday to hear more evidence from the prosecution as the historic trial trudges toward its expected end this April.

Monday's motion hearing focused exclusively on the admissibility of certain evidence presented under a key legal argument advanced by the prosecution known as the "tools" theory. In short, prosecutors argue that roughly two dozen associates and/or members of the Proud Boys were utilized as blunt "tools" by the defendants on Jan. 6 to pull off the plot to forcibly stop the certification of the 2020 election.

It was Tarrio and his fellow chapter leaders, the Justice Department contends, who handpicked the "tools" of the conspiracy, and of those individuals identified, most were not charged alongside Tarrio, Nordean, Biggs, Rehl, or

Pezzola. The defense has balked over whether some of the tools were truly members of Proud Boys and has suggested this "catch-all" approach by the prosecution is improper.

Presiding U.S. District Judge Timothy Kelly has for weeks accepted the government's "tools" theory as viable, so the fight during Monday's motion hearing largely revolved around the admissibility of specific video footage featuring roughly two-dozen so-called "tools" of the conspiracy.

Here's a bit of background for the "tools" listed by prosecutors:

William Pepe, a former Proud Boy of New York, was seen near Pezzola in footage from Jan. 6 and he was originally charged in the same indictment. Pepe was also a member of Boots on the Ground, a Proud Boys chat set up specifically for Jan. 6, 2021. He was not, however, a member of the Ministry of Self-Defense chat where operations for the Capitol assault were allegedly hashed out among a core group of Proud Boy leaders including the defendants.

Barton Shively, a former aspiring Proud Boy of Pennsylvania—allegedly—is seen on footage from Jan. 6 where he's near the Washington Monument on the morning of the 6th. This was a designated meet-up location for the defendants, prosecutors argue. Shivley has already pleaded guilty to assaulting police.

Christopher Worrell, a Proud Boy of Florida who used a chemical spray on officers and was a member of Boots on the Ground chat, is seen in video clips from Jan. 6 where he's very close to fellow Proud Boys who breached barriers.

Dan "Milkshake" Scott, a Proud Boy of Florida, breached police lines after marching with Proud Boys. Defense attorneys on Monday vehemently denied Scott's membership with the organization.

Barry Ramey, an alleged Proud Boy of Florida, was in Scott's proximity on Jan. 6 as they

marched on the Capitol. Ramey has been charged with assaulting police with chemical spray and defense attorneys for Tarrio have argued he is not an official member of the extremist group.

Marc Bru, a Proud Boy from Washington state, is seen on video footage leading a group of people toward the Capitol, according to prosecutors.

Trevor McDonald, who entered the Capitol with defendant Joseph Biggs, has been brought forward as a tool of the conspiracy by prosecutors but evidence of his direct connection to the Proud Boys struck Judge Kelly as thin. McDonald came to Washington on Jan. 6 with his father, Shannon Rusch. In video clips, McDonald is seen near Biggs, Nordean, and Rehl as well as other Proud Boys like Gilbert Fonticoba, Arthur Jackman, and Paul Rae.

Ronald Loehrke, an alleged Proud Boy of Washington state, received a text from defendant Ethan Nordean leading up to the Capitol attack where Nordean suggested bringing him to the front lines. Loehrke promised in return that he would bring "bad motherfuckers" to the Capitol.

James Haffner of Washington state appears in Jan. 6 footage wielding chemical irritants, and prosecutors say evidence shows Haffner standing close to Biggs before helping tear apart barricades at the Capitol.

Nicholas Ochs, a Proud Boy chapter leader from Hawaii and onetime elder of the extremist group, made it into the Capitol on Jan. 6 and recorded another Proud Boy, Nicholas DeCarlo, writing "Murder the Media" onto a door. Once inside, prosecutors say Ochs interacted with Nordean.

Gilbert Fonticoba, a member and alleged "captain" of the Proud Boys Ministry of Self Defense group, Fonticoba participated in the Proud Boys Boots on the Ground chat where operations for Jan. 6 were siloed. Prosecutors say Tarrio invited Fonticoba into the Ministry group chat but defense attorneys have denied this connection. Other evidence shows Fonticoba reported his location back to Proud Boy Aaron

Wolkind during some of the thickest rioting and after Wolkind told Proud Boys he was "storming the Capitol" several times.

Paul Rae made it inside of the Capitol on Jan. 6 and prosecutors argue they heard Rae on footage telling members to "find" former Speaker of the House Nancy Pelosi.

Arthur Jackman met up with Proud Boys at the Washington Monument on the morning of Jan. 6 and is an alleged member of the group.

Eddie George Jr. of Florida, a member of the Ministry of Self-Defense chat, appeared in a selfie with Biggs and Nordean on Jan. 6 and faces multiple charges including obstruction, disorderly conduct, and civil disorder.

Nate and Kevin Tuck, are a father-son duo from Florida. Kevin Tuck was a police officer and Nate Tuck was a former police officer who resigned in 2020. Kevin Tuck resigned after his arrest in July 2021.

Alan AJ Fisher III was a member of both the Ministry of Self Defense and Boots on the Ground chat who joined Nordean and Joseph Biggs at an AirBnB in D.C. on the eve of the insurrection. Footage shows Fisher at the lower west terrace tunnel archway of the Capitol on Jan. 6, close to where some of the worst violence of the day occurred.

Brian Boele ends up at the lower west terrace tunnel archway and may have been a direct part of the violent push inside the tunnel.

Dion Rajewski ends up at the lower west terrace tunnel archway with Fisher III and Zach Johnson and others.

Zach Johnson, a member of Boots on the Ground chat appeared in a selfie with defendant Biggs, at the lower west tunnel archway. He also appears in video footage from the west plaza where Biggs, Nordean, and others are spotted near him. Also appearing in the video from this time and place are Rae, Boele, Fonticoba, and

Fisher.

James Brett IV was at the lower west tunnel archway and was later seen inside of the Capitol.

Other individuals like Robert Gieswein and William Chrestman were initially featured on the government's list of "tools" of the conspiracy. But on Monday, neither Gieswein nor Chrestman made the cut.

Though he was short on details on Tuesday morning once court was underway, Judge Kelly said he would exclude evidence from Barry Ramey and Barton Shivley.

"The constellation of information we knew about these two people didn't get over the hump as far as evidence being sufficiently relevant," Kelly said.

Video evidence identifying Dion Rajewski, Brian Boele, and James Brett will be excluded in part for now but videos showing AJ Fischer and Zach Johnson in this group can be included. Kelly said footage involving AJ Fisher and Zach Johnson can come in because they are seen marching with defendants on the national mall.

To save the jury time this morning, Judge Kelly said he would explain his decisions at length about the "tools" of the conspiracy in writing later.

# POLITICO

**LEGAL**

# Feds say Proud Boys associates fanned out to facilitate Jan. 6 breach

Leaders of the far-right group used some rioters as "tools," prosecutors argued to a judge.



In case after case, prosecutors said, the alleged offenders had links to the Proud Boys. | Jose Luis Magana/AP Photo

By **KYLE CHENEY**
03/06/2023 03:49 PM EST

   

Leaders of the Proud Boys activated a network of foot soldiers to breach the Capitol on Jan. 6, 2021, prosecutors argued to a federal judge on Monday, describing how more than a dozen of the group's associates played pivotal roles in overrunning police lines, dismantling barricades and facilitating the mob's entry into the building itself.

The Justice Department laid out its clearest evidence yet that it sees the Proud

Boys — and the far-right group's chairman, Enrique Tarrio — as uniquely responsible for the chaos that unfolded on Jan. 6. Though only five members of the group face seditious conspiracy charges over allegations of masterminding the plot, prosecutors say they deployed a much wider collection of associates to carry it out.



Advertisement

Orbi 960 Series (4-Pack) | NE
Mesh WiFi 6E Quad-Band Sy

There was Daniel "Milkshake" Scott, who helped bash through a line of police officers just before rioters — led by Proud Boy Dominic Pezzola — breached a Senate-wing window. (Scott pleaded guilty to assault last month). There was Christopher Worrell, who is pictured spraying a chemical irritant toward a line of U.S. Capitol Police officers early in the mob's advance. And there's William Pepe, who ripped away metal barricades protecting outnumbered officers early in the afternoon.

In case after case, prosecutors said, the alleged offenders had links to the Proud Boys — some explicit, some tenuous — and either joined them on their march from the Washington Monument to the Capitol or participated in encrypted text message channels with the group's leaders ahead of their actions on Jan. 6. But it's the most specific effort by the Justice Department to capture the breadth of what it sees as the most significant case to arise from the Jan. 6 attack.

None of the 23 associates identified by prosecutors are charged as co-conspirators alongside Tarrio and the other leaders: Ethan Nordean, Joe Biggs, Zachary Rehl and Pezzola. Rather, the Justice Department contends that those in the broader group were handpicked by the leaders and acted as "tools" of the alleged seditious conspiracy.

"The people who marched with them, all the way from before Trump started speaking and who marched onto Capitol grounds, trampled police barricades before he finished speaking, were acting jointly with these defendants," Assistant U.S. Attorney Eric Kenerson said on Monday.

Whether the jury ever sees this evidence is a question in the hands of U.S. District Court Judge Timothy Kelly, who must decide whether prosecutors have made a clear enough case that these individuals acted — knowingly or not — to further the goals of the alleged seditious conspiracy.

The prosecution's assertion that the some defendants acted as "tools" of those charged in a separate case and that their acts should be imputed to those on trial on conspiracy charges drew outrage from defense attorneys.

Advertisement

Lawyers for the Proud Boys leaders contended that prosecutors were seeking to prove "guilt by association," tagging Tarrio and others with the violent actions of a loosely connected group of rioters.

"We've cut the baloney now so thin that I can see through it and read the other side of the paper," said Norm Pattis, an attorney for Biggs.

Pattis suggested that the government's theory that individuals were "activated" by the Proud Boys to help advance their conspiracy could equally apply to other Jan. 6 influencers, including former President Donald Trump himself. Pattis has indicated that he hopes to subpoena Trump to testify in the trial, though it's unclear whether he has served the subpoena as of this week. He described the government's theory as "tenuous."

Prosecutors described varying degrees of relationships between the so-called tools and the Proud Boys leaders. Some, like Paul Rae, crashed at an Airbnb with Nordean and others the night before Jan. 6, or like Gabriel Garcia, who was invited into pre-Jan. 6 encrypted chat groups by Tarrio. Others, like Barton Shively and Trevor McDonald, joined the Proud Boys somewhere along their march to the Capitol, which came even before Trump finished addressing



   

appeared to fist-bump with a man who later joined a violent push against police.

Kelly said he intends to consider the evidence prosecutors described on Monday and determine whether to permit the government to show it to jurors.

Nevertheless, prosecutors described about a dozen discrete examples of actions by associates of the Proud Boys that they say underscored the group's influence during the riot.

The most compelling example was the case of Ronald Loehrke and James Haffner, two associates of Nordean. Prosecutors displayed text messages in which Nordean tells Loehrke, "I want you with me," on Jan. 6. "I'll have you on the front lines with me," he says. Haffner came to Washington with Loehrke and is seen on video spraying police officers during a melee outside Capitol doors.

Other examples include Robert Gieswein, who was one of the first rioters to enter the Capitol and joined the confrontation with Capitol Police outside the Senate chamber; Paul Rae and Gilbert Fonticoba, who entered the Capitol with Biggs; and Nicholas Ochs, who scrawled "Murder the Media" on a Capitol door.

Prosecutors said they don't intend to introduce the Gieswein evidence in front of the jury, which prompted Carmen Hernandez, the defense attorney for Rehl, to assert that Gieswein was invited to join the Proud Boys march by a "confidential human source" working with the government.

Prosecutors also said a group of five associates — A.J. Fischer, Dion Rajewski, Zach Johnson, Brian Boele and James Brett — who they consider "tools" of the Proud Boys' conspiracy were part of the mob that besieged the Capitol's Lower West Terrace tunnel, the scene of the day's worst violence.