UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:22-CR-00011 (RJL) |
| ) | |
| ALAN FISCHER III, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] MINUTE ORDER**

This matter having come before the Court upon the Defense's Motion for travel outside the continental United States from November 8 -12, 2023 at ECF No. [ ], it is hereby

**ORDERED** that the AUSAs will file any response by October 6, 2023; and any Reply is due by October 10, 2023 so this Court may promptly issue a decision.

**SO ORDERED**.
this day of , 2023.

HONORABLE Richard J. Leon
United States District Judge