UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | Case No. 1:22-CR-00011 (RJL) |
| ) | |
| **ALAN FISCHER III,**    ) | |
| ) | |
| Defendant.  ) | |

### [PROPOSED] ORDER

This matter having come before the Court upon the Defendant's Motion for Court approval of travel to Puerto Rico from November 8 - 12 to participate in and attend a wedding, upon good cause shown the motion is hereby **GRANTED**, and it is hereby:

**ORDERED** that Pretrial Services may coordinate with Mr. Fischer for daily check-ins and a location status report.

**SO ORDERED**.
this [ ] day of October, 2023.

HONORABLE Richard J. Leon
United States District Judge