# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | Case No. 1:22-CR-00011 (RJL) |
| ) | |
| ALAN FISCHER III,      ) | |
| ) | |
| ) | |
| Defendants.   ) | |

## NOTICE OF REBUTTAL TO PRETRIAL SERVICES REPORT AT ECF NO. 159

COMES NOW the Defendant, ALAN FISCHER III, by and through undersigned counsel, and provides notice of his upcoming restricted filing in rebuttal to the incorrect assertion in ECF No. 159 that Mr. Fischer violated curfew, as well as other incorrect assertions in the restricted document.

Dated October 18, 2023       Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, D.D.C. Bar No. FL0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

On this 18th day of October 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart
Defense Attorney