NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                         Criminal Number  1:22-CR-00011

Alan Fischer III
_____
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

George T. Pallas; Bar ID: FL0108
*(Attorney & Bar ID Number)*

George T. Pallas, P.A.
*(Firm Name)*

2420 Coral Way
*(Street Address)*

Miami, FL 33145
*(City)           (State)           (Zip)*

305-856-8580
*(Telephone Number)*