UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:22-CR-0011 (RJL) |
| ) | |
| ALAN FISCHER III, ) | |
| also known as "AJ," ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

The Defendant, by and through the undersigned counsel, hereby moves the Court to allow Counsel to withdraw from representing Mr. Fischer in the above numbered case. The following supports this request:

As described to the Court at yesterday's November 2, 2023 status conference, out of an abundance of caution to preclude any conflict of interest that may arise due to decisions for the type of trial, any pretrial resolution, the trial strategy, or trial testimony, the co-defendants Alan Fischer and Brian Boele will now each have separate counsel with the Court's approval for Ms. Stewart to withdraw as Mr. Fischer's counsel.

Mr. George Pallas has appeared on behalf of Alan Fischer.

The undersigned still represents co-defendant Mr. Brian Boele and remains active in the case for him.

Wherefore, since there is no prejudice to Mr. Fischer and for good reasons shown the Court should sign the proposed order.

Dated November 3, 2023                                Respectfully submitted,

*/s/ Carolyn A. Stewart*
Carolyn A. Stewart, D.D.C. Bar No. FL0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

On this 3rd day of November 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

*/s/ Carolyn A. Stewart*
Carolyn A. Stewart
Defense Attorney