UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:22-CR-00011 (RJL) |
| ) | |
| **ALAN FISCHER III,** ) | |
|    also known as "AJ," ) | |
| ) | |
| **Defendant.** ) | |

### (PROPOSED) ORDER

This matter having come before the Court in the Motion to Withdraw as Attorney, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED** and,

**ORDERED** that Ms. Stewart is terminated from representation of Mr. Alan Fischer and all associated duties and

**NOTED** that Ms. Stewart continues to represent co-defendant Mr. Brian Boele.

SO **ORDERED**.
this ___ day of      , 2023.

                                            HONORABLE Richard J. Leon
                                            United States District Judge