# Google Trends Search Analysis

## In consideration of a change of venue motion

December 18, 2023



WatchPost
ANALYTICS

Google Trends data is analyzed to assess the extent to which the District of Columbia represents a biased jury pool relative to the rest of the country.

**What is Google Trends?**

1. "Google Trends is a website by Google that analyzes the popularity of top search queries in Google Search across various regions and languages. The website uses graphs to compare the search volume of different queries over time." – Wikipedia

2. For purposes of this study, specific google search terms will be analyzed to understand the extent to which there are geographic disparities, specifically in the District of Columbia.

3. For any search term, there are two analytic tools provided by Google Trends:
   - Relative size of search term over time;
   - Relative geographic distribution.

Google Trends does not provide actual counts, but rather an index which allows for "apples-to-apples" comparisons across time and geography.  This is well suited for the goals of this study.

 WatchPost ANALYTICS

1

A methodology has been created to quantify the bias present in any search term.

**Findings**

1. Residents of D.C. are twice as likely to search for Capitol Attack January 6 than the next most likely state.

2. Residents of D.C. continue to search for information relating to "Capitol Attack", while the rest of the country has significantly moderated their interest in the search.

3. Residents of D.C. are:
   - significantly more likely to have searches for Seditious Conspiracy (+80%).
   - almost 2X as likely to have searches for White Nationalist, and 25% more likely to search for "racism".

4. While there was national interest in the Jan 6 Committee, residents of D.C. where 3X more engaged in searches for the Jan 6 Committee.

5. With D.C. having such a heavy bias in searches for January 6, these residents also were searching as events happened inside D.C.

6. Residents of D.C. were more engaged in learning about the specific report from the Jan 6 Committee, (8X higher than next state), while the rest of the country did not show much interest.



WatchPost
ANALYTICS

2

Upon entering a search term ("Ice Cream"), Google Trends shows data by state as an index, with the state having the highest concentration of a search term having a value of 100. All states are then ranked based on their relative concentration of the search term.

**Search Comparison Example: Ice Cream**

"Ice Cream" is an example that shows states monotonically declining slightly.

The top five states all have an index above 90.

Rhode Island, at 100, is only slightly higher than Maine, which is at 94.





3

Exploring further, all 50 states and the District of Columbia can be observed.  Just as with the prior slide, there is a mild decline across states.

**Search Comparison Example: Ice Cream**



*"Ice Cream" represents an example of a geographically "unbiased" search term.*



4

This example will be used as a threshold for non-bias.  Search terms will be compared to this threshold for determining the extent of bias.

**Search Comparison Example: Unbiased**



*The Area Under the Curve (AUC) will be the metric used. That is, the sum of the indices for all 51 geographies, which is 3,536.*


WatchPost ANALYTICS

5

As a counter-example, a term such as Hurricane Ian has an extreme geographic bias due to the location of the hurricane:

**Search Comparison Example: Hurricane Ian**



Hurricane Ian: (9/20/22 - 11/2/23)

AUC: 916

*The AUC for this search is 916, which can be considered an extreme lower bound in bias.*

This distribution will be defined as the "unbiased line" in future charts.



WatchPost
ANALYTICS

6

"Capitol Attack", a term used heavily in the media concerning January 6, 2021, shows a heavy bias geographically, with District of Columbia standing out significantly.

**Search Comparison: Capitol Attack**



*Residents of D.C. are twice as likely to search for Capitol Attack January 6 than the next most likely state.*





7

"Capitol Attack" has an even more pronounced bias in the most recent six months. In fact, several states had no (or insignificant number of) searches at all during this time.

**Search Comparison: Capitol Attack, Recent**



*Residents of D.C. continue to search for information relating to "Capitol Attack", while the rest of the country has significantly moderated their interest in the search.*



8

Seditious Conspiracy is another example of heavy geographic bias, with an AUC of 1,786.  District of Columbia, with an index of 100, has a 70% increase in search concentration over Delaware, the second highest state.

**Search Comparison: Seditious Conspiracy**



*Residents of D.C. are significantly more likely to have searches for Seditious Conspiracy.*





White Nationalist is a search term with Heavy Bias.  Residents of D.C. are significantly more likely to be searching for this.

**Search Comparison: White Nationalist**



**White Nationalist: (1/6/21 - 11/2/23)**

AUC: 1,960

*Residents of D.C. are almost 2X more likely to have searches for White Nationalist.*



White Nationalist

Extreme Bias — Heavy Bias — Significant Bias — Some Bias — No Bias



WatchPost ANALYTICS

The "United States House Select Committee on the January 6 Attack" conducted its investigation in 2022. The District of Columbia has twice the searches (relatively speaking) than the second state, Vermont, and over 3x the amount of searches of the rest of the country.

**Search Comparison: January 6 Committee**



*While there was national interest in the Jan 6 Committee, residents of D.C. where 3X more engaged in searches for the Jan 6 Committee.*





Searches are often related to the timing of an event.  With respect to the House Select Committee, searches were clearly related to hearings and the publication of depositions and findings.

**Search Comparison: January 6 Committee Time Series**



*With D.C. having such a heavy bias in searches for January 6, these residents also were searching as events happened inside D.C.*





Most of the country showed little to no interest in searching for the results of the January 6 Committee. In fact, approximately 45 out of 50 states had no significant search activity before, during, or after.

**Search Comparison: January 6 Committee Report**



*Residents of D.C. were more engaged in learning about the specific report from the Jan 6 Committee, while the rest of the country did not show much interest.*



**D.C. Proves to Have Willfully Absorbed Tainted Data**

- Through many politically charged events, the residents of The District of Columbia tend to digest data at an unusual rate over the rest of the country in many cases.

- This analysis shows that residents of The District of Columbia have a significant uptick in interest, and therefore a tainted jury pool which is willfully digesting media, creating a clear bias in the District of Columbia.

- The duty of the court and the officers within is to provide a Jury of one's peers and preserve the Constitutional Rights.



Proprietary Work of Condemned USA, LLC

# Appendix



**Notes on Google Trends Data**

- Google Trends is useful for monitoring search interest over any **specific timeline** for any topic or keyword based on search volume.

- Google Trends data goes back to the year 2004. Search Interests can be tracked by the past hour up to the past 5 years. You can also create a custom time range based on your selected dates.

- Additionally, you can compare two or more search terms to find out how the search interest has changed for each term over time.

- Search Data is categorized by 51 regions throughout the United States.

- This data enables us to see which region took the greatest interest in the data by relevancy to each of the other regions.

- Anywhere Jurors are exponentially pre-exposed to relevant information, it is less likely an *unbiased jury pool.*

Proprietary Work of Condemned USA, LLC



# Per Google Trends:

Things to
Consider
When
Reading
the Data

## Interest by subregion                                    ✕

See in which location your term was most popular during the specified time frame. Values are calculated on a scale from 0 to 100, where 100 is the location with the most popularity as a fraction of total searches in that location, a value of 50 indicates a location which is half as popular. A value of 0 indicates a location where there was not enough data for this term.

**Note:** A higher value means a higher proportion of all queries, not a higher absolute query count. So a tiny country where 80% of the queries are for "bananas" will get twice the score of a giant country where only 40% of the queries are for "bananas".

**LEARN MORE**

Google's Data is Automatically Adjusted for Population. If Google Data shows that a search was more popular in DC than anywhere else in the country, is also means that it was a more popular search ***proportionally***, in relation to the rest of the country.

Proprietary Work of Condemned USA, LLC



# Complete Timeline
## Jan 6, 2021-Nov 2, 2023

**Capitol Attack**





https://trends.google.com/trends/explore?date=2021-01-01%202023-11-02&geo=US&q=Capitol%20Attack&hl=en



# Complete Timeline

Jan 6, 2021-Nov 2, 2023

## Capitol Hill Riot

WatchPost ANALYTICS

https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=capitol%20hill%20riot



# Capitol Hill Riot

**Recent Timeline**
May 2, 2023-Nov 2, 2023

https://trends.google.com/trends/explore?date=2023-05-02%202023-11-02&geo=US&q=Capitol%20Hill%20Riot&hl=en

WatchPost ANALYTICS



# Complete Timeline
## Jan 6, 2021-Nov 2, 2023

Domestic
Terrorist





https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=Domestic%20Terrorist

**Recent Timeline**
May 2, 2023-Nov 2, 2023

Domestic
Terrorist



https://trends.google.com/trends/explore?date=2023-05-02%202023-11-02&geo=US&q=Domestic%20Terrorist&hl=en



# Complete Timeline
## Jan 6, 2021-Nov 2, 2023

**Seditious Conspiracy**





https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=Seditious%20Conspiracy



# Recent Timeline
## May 2, 2023-Nov 2, 2023

**Seditious Conspiracy**





https://trends.google.com/trends/explore?date=2023-05-02%202023-11-02&geo=US&q=Seditious%20Conspiracy&hl=en



# Complete Timeline
## Jan 6, 2021-Nov 2, 2023

White
National-
ist







https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=White%20Nationalist

**Recent Timeline**
May 2, 2023-Nov 2, 2023

White
National-
ist





https://trends.google.com/trends/explore?date=2023-05-02%202023-11-02&geo=US&q=White%20Nationalist&hl=en

# Racist

## Complete Timeline
Jan 6, 2021-Nov 2, 2023

WatchPost ANALYTICS

https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=racist



# Recent Timeline
May 2, 2023-Nov 2, 2023

## Racist

WatchPost ANALYTICS

https://trends.google.com/trends/explore?date=2023-05-02%202023-11-02&geo=US&q=Racist&hl=en



# Complete Timeline
Jan 6, 2021-Nov 2, 2023

## Racism

WatchPost ANALYTICS

https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=racism

# Recent Timeline

May 2, 2023-Nov 2, 2023

## Racism

https://trends.google.com/trends/explore?date=2023-05-02%202023-11-02&geo=US&q=Racism&hl=en

WatchPost ANALYTICS



**Complete Timeline**
Jan 6, 2021-Nov 2, 2023

Select
Committee



https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=Select%20Committee&hl=en



# Recent Timeline
## May 2, 2023-Nov 2, 2023

Select
Committee





https://trends.google.com/trends/explore?date=2023-05-02%202023-11-02&geo=US&q=Select%20Committee&hl=en



**Complete Timeline**
Jan 6, 2021-Nov 2, 2023

Jan 6ᵗʰ
Committee





 WatchPost ANALYTICS

https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=Jan%206th%20Committee&hl=en

**Recent Timeline**
May 2, 2023-Nov 2, 2023

Jan 6th
Committee





https://trends.google.com/trends/explore?date=2023-05-02%202023-11-02&geo=US&q=Jan%206th%20Committee&hl=en

**Complete Timeline**
Jan 6, 2021-Nov 2, 2023

Select
Committee
Report







https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=Select%20Committee%20Report&hl=en

# Recent Timeline
## May 2, 2023-Nov 2, 2023



**Select Committee Report**





https://trends.google.com/trends/explore?date=2023-05-02%202023-11-02&geo=US&q=Select%20Committee%20Report&hl=en



**Complete Timeline**
Jan 6, 2021-Nov 2, 2023

United States House Select Committee on the January 6 Attack

https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=%2Fg%2F11np0cczff&hl=en



## Recent Timeline
### May 2, 2023-Nov 2, 2023

United States House Select Committee on the January 6 Attack





https://trends.google.com/trends/explore?date=2023-05-02%202023-11-02&geo=US&q=%2Fg%2F11np0cczff&hl=en

# Complete Timeline
Jan 6, 2021-Nov 2, 2023

Antifa





https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=Antifa



# Recent Timeline
## May 2, 2023-Nov 2, 2023

Antifa





https://trends.google.com/trends/explore?date=2023-05-02%202023-11-02&geo=US&q=Antifa&hl=en

**Complete Timeline**
Jan 6, 2021-Nov 2, 2023

Hurricane
Ian



https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=Hurricane%20Ian



# Complete Timeline
## Jan 6, 2021-Nov 2, 2023

**Ice Cream**



https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=Ice%20Cream



# Recent Timeline
## May 2, 2023-Nov 2, 2023

## Ice Cream





https://trends.google.com/trends/explore?date=2023-05-02%202023-11-02&geo=US&q=Ice%20Cream&hl=en

# Complete Timeline
## Jan 6, 2021-Nov 2, 2023

Murder



https://trends.google.com/trends/explore?date=2021-01-06%202023-11-02&geo=US&q=Murder



# Recent Timeline
## May 2, 2023-Nov 2, 2023

Murder





https://trends.google.com/trends/explore?date=2023-05-02%202023-11-02&geo=US&q=Murder&hl=en

