UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 22-cr-11-(RJL) |
| : | |
| **ALAN FISCHER III,** : | |
| Defendant. : | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME**

The United States of America respectfully submits this motion for an extension of time to file a response in opposition to defendants' motions (ECF No.179 and 181).

On March 29, 2023, this Court ordered all pretrial motions due on or by June 30, 2023. On July 28, 2023, the Court denied Defendant Fischer's Motion Set Time for Transfer of Venue (ECF No. 120).

On October 31, 2023, new counsel for Defendant Fischer entered his appearance. *See* ECF No. 164. The Court permitted new counsel to file pretrial motions not yet litigated with no set pretrial motion schedule. The Court set a status hearing for February 9, 2024, at which time all parties are expected to select a trial date.

On December 18, 2023, Defendant Fischer filed a Motion to Change Venue (ECF No. 179) relying on data not yet presented in a January 6 motion to change venue, to the government's knowledge. On December 22, 2023, Defendant Fischer filed a motion in limine to preclude certain evidence. *See* ECF No. 181.

An extension of time for the government to file its responses in opposition to January 18, 2024, is appropriate. Particularly in light of the holidays, an extension would give the government suitable time to review the extensive data and prepare responses.

There is no objection to the requested extension.

For these reasons, the United States respectfully requests an order extending the time for the government to file its response to January 18, 2023, and for the Defendant to file any reply brief by February 1, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Rebekah E. Lederer*
REBEKAH E. LEDERER
Assistant United States Attorney
Bar No. PA 320922
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-7012
Rebekah.Lederer@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-11-(RJL) |
| | : | |
| **ALAN FISCHER III,** | : | |
| Defendant. | : | |

## PROPOSED ORDER

Having considered the United States of America's motion for an extension of time, and finding that there is good cause to grant the motion, and finding that there is no opposition to the requested relief;

It is hereby ORDERED that the motion be, and hereby is, GRANTED.

The United States' responses to ECF No. 179 and ECF No. 181 are due to be filed on or before January 18, 2024; and Defendant Alan Fischer's reply briefs are due to be filed on or before February 1, 2024.

IT IS SO ORDERED.

                                                                                          _____
                                                                                          The Hon. Richard J. Leon
                                                                                          United States District Judge