UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 22-cr-11-(RJL) |
| : | |
| **ALAN FISCHER III,** : | |
| Defendant. : | |

**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME**

The United States of America respectfully submits this motion for an extension of time to file a response in opposition to defendants' motion (ECF No.179).

On December 18, 2023, Defendant Fischer filed a Motion to Change Venue (ECF No. 179) relying on data not yet presented in a January 6 motion to change venue, to the government's knowledge. On December 22, 2023, Defendant Fischer filed a motion in limine to preclude certain evidence. *See* ECF No. 181.

On December 27, 2023, the government filed an unopposed extension of time for the government to file its responses in opposition to Defendant's Fischer's motions (ECF No. 182) which this Court graciously granted. The parties agree that, due to the density of the reports submitted, a further extension would give the government suitable time to prepare a fulsome response.

There is no objection to the requested extension.

For these reasons, the United States respectfully requests an order extending the time for the government to file its response to ECF No. 179 to January 25, 2024, and for the Defendant to file any reply brief by February 8, 2024.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    */s/ Rebekah E. Lederer*
        REBEKAH E. LEDERER
        Assistant United States Attorney
        Bar No. PA 320922
        601 D Street, N.W.
        Washington, D.C. 20001
        (202) 252-7012
        Rebekah.Lederer@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-11-(RJL) |
| | : | |
| ALAN FISCHER III, | : | |
| Defendant. | : | |

### PROPOSED ORDER

Having considered the United States of America's motion for an extension of time, and finding that there is good cause to grant the motion, and finding that there is no opposition to the requested relief;

It is hereby ORDERED that the motion be, and hereby is, GRANTED.

The United States' responses to ECF No. 179 are due to be filed on or before January 25, 2024; and Defendant Alan Fischer's reply briefs are due to be filed on or before February 8, 2024.

IT IS SO ORDERED.

_____
The Hon. Richard J. Leon
United States District Judge