**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 22CR0011-RJL |
| ) | |
| ) | |
| **ALAN FISCHER III,** ) | |
| ) | |
| ) | |
| **Defendant,** ) | |
| _____ | |

## DEFENDANT FISCHER'S UNOPPOSED MOTION FOR EXTENSION OF TIME

The Defendant, **ALAN FISCHER III**, by and through his undersigned attorney moves this Honorable Court to enter its order extending the time for the filing of a Reply to the Governments' Response and as ground states the following:

1. On December 18, 2023, Fischer filed a Motion to Change Venue (ECF 179).

2. On December 27, 2023, the United States of America filed a Motion for Extension of Time to file a response to the Defendant's Motion to Change Venue, (ECF 182), due to the uniqueness of the data presented. The Defendant did not oppose this extension.

3. On December 28, 2023, the Motion for the Extension was granted and the Governments response was due on or before January 18, 2024.

4. On January 16, 2024, the United States of America filed a second Motion for

Extension of Time to file a response to the Defendant's Motion to Change Venue (ECF 185). Again, the Defendant did not oppose this extension.

5. On January 18, 2024, the Motion for the Extension was granted, the Government's response was due on or before January 25, 2024, and the Defendant's reply brief is due on or before February 8, 2024.

6. Undersigned counsel needs an additional fourteen (14) days, up to and including February 22, 2024, to review and adequately reply to the Government's response. Moreover, the Defendant requests permission to exceed the fifteen (15) page limit for Reply briefs. The Government does not oppose the Defendant's requests.

7. This motion is being made in good faith and is not interposed for the purposes of unnecessary delay.

WHEREFORE, the Defendant requests this Honorable Court to grant this relief requested herein and enter its order granting an extension to file a reply brief until February 22, 2024, and to exceed the (15) page limit.

Respectfully submitted,

GEORGE T. PALLAS, P.A  
Counsel for Alan Fischer III  
Bar No: FL0108  
2420 SW 22nd Street  
Miami, FL 33145  
305-856-8580  
305-860-4828 FAX  
gpallas@beckhamsolis.com

By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ