UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 22CR0011-RJL |
| | ) | |
| **ALAN FISCHER III,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| _____ | | |

### DEFENDANT FISCHER'S UNOPPOSED MOTION FOR EXTENSION OF TIME

The Defendant, **ALAN FISCHER III**, by and through his undersigned attorney, moves this Honorable Court to enter its order extending the time for the filing of a Reply to the Governments' Response (ECF 187), and as grounds, states the following:

1. The Defendant's Reply to the Government's Response (ECF 187) is currently due on Thursday, February 22, 2024. Despite counsel's best efforts, counsel is still in need of an additional seven (7) days to complete the Reply. The data in the original motion is currently being reviewed by an additional expert and that review has not been concluded.

2. Prior to filing this motion, undersigned counsel contacted Rebekah Lederer, Esq., attorney for the Government, and is authorized to represent to this Court that

she has no objection to this second extension.

3. In the Defendant's initial request for extension, counsel also requested to exceed the page limits. This Court granted an additional five (5) pages. Upon re-reading the Local Rules, counsel discovered that the limit for a Reply is 25 pages, not 15 as he previously stated. Counsel regrets this misstatement but assures the Court that with the additional pages permitted, the Reply will be in accordance with the Local Rules.

4. This motion is being made in good faith and is not interposed for the purposes of unnecessary delay.

WHEREFORE, the Defendant requests this Honorable Court to grant this relief requested herein and enter its order granting an extension of seven (7) days up to and including February 29, 2024, to file his Reply brief.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Alan Fischer III
Bar No:  FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
gpallas@beckhamsolis.com

By:/s/ *George T. Pallas*
        GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ