# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No. 22CR0011-RJL** |
| ) | |
| ) | |
| **ALAN FISCHER III,** ) | |
| ) | |
| ) | |
| **Defendant,** ) | |
| _____ | |

## ORDER FOR EXTENSION OF TIME

**THIS CAUSE** having come to be heard before the Court on the Defendant's Unopposed Motion for Extension of Time the Court having been fully apprised in this matter; it is hereby:

**ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**; the Defendant's Reply brief is due to be filed on or before February 29, 2024.

**DONE AND ORDERED** on this _____ day of February 2024.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE