# CAROLE LIEBERMAN, M.D., M.P.H.
# FORENSIC PSYCHIATRIST/EXPERT WITNESS

*Diplomate, American Board of Psychiatry & Neurology*
www.expertwitnessforensicpsychiatrist.com
204 South Beverly Drive     Suite 108     Beverly Hills, CA     90212
(310) 278-5433     (310) 251-2866

## LICENSURE (M.D.)
New York - #128409     California - #A34122     Georgia - #072364

## SPECIALTY BOARDS
Diplomate, American Board of Psychiatry and Neurology

## TRIAL TESTIMONY: QUALIFIED NATIONWIDE in:
1) Psychiatry
2) Media & Communications

## PRIOR HIGH PROFILE CASES include:
California v. Eric Holder (alleged homicide of Nipsey Hussle)
Michigan v. Kelli Stapleton (attempted homicide of autistic daughter)
Florida v. Roman (teen felony bullying/attorney Jose Baez)
California v. Redmond O'Neal (drug felony sentencing)
Plaintiffs v. James Arthur Ray (Sedona sweat lodge homicide)
Minor v. Kid Nation (reality TV→emotional distress)
Terri Schiavo (appeal)
Nevada v. Floyd Mayweather (domestic violence)
Michigan v. Jonathan Schmitz (Jenny Jones Talk Show Murder Trial)
Tate v. Larry Johnson/Stacey Augman  (NBA paternity and assault)
Celebrity Divorces: Roseanne Barr, Jim Carrey, Jean Claude Van Damme
School Shootings: victims' families v. media
Vega, Rodriguez et al v. Catholic Archdiocese of L.A. (priest molestation)
Jasmer v. Geraldo (emotional distress)

Carole Lieberman, M.D., M.P.H.                                           Page 2
Forensic Psychiatrist/Expert Witness

## EXPERIENCE (20+ years)
## Track record of success in hundreds of civil & criminal cases in Federal, State & Administrative courts nationwide - including:
High profile

Violence: Murder, Rape, Terrorism, School shootings, Other violence

Professional misconduct: Police, Priests, Malpractice, Wrongful death, Caretaker abuse

Family: Child/Adolescent issues, Divorce/Custody, Abuse (sexual, physical, emotional) of children/elders, Battered woman, Will contestation

Entertainment: Media-incited copycat behavior, Reality TV, Celebrities

Employment: Sexual harassment, Wrongful termination, Discrimination

Personal Injury: Accidents, Equestrian

Misc.: Malingering, Workers compensation (QME/IME/AME), any case where mental state/emotional distress are at issue.

## CONGRESSIONAL TESTIMONY
-Congressional Hearing of the Subcommittee on National Security, International Affairs, and Criminal Justice of the Committee on Government Reform and Oversight - "Report from the Front Line: The Drug War in Hollywood"

-Statement at U.S. Senator Kent Conrad (D-North Dakota) Press Conference to announce formation of a Citizens Task Force on TV Violence

-U.S. Senate Judiciary Committee Joint Hearing, Constitution Subcommittee chaired by Senator Paul Simon

-House Judiciary Committee's Subcommittee on Crime and Criminal Justice–"10 Point Plan to Sweep Violence Off TV and Off Our Streets"

Carole Lieberman, M.D., M.P.H.                                         Page 3
Forensic Psychiatrist/Expert Witness

## <u>LEGAL ANALYST for MEDIA</u>
### <u>TV Outlets include</u> –
CNN – Larry King, Don Lemon & more
HLN – Nancy Grace, Carol Costello, Jane Velez Mitchell & more
FOX News – Tucker Carlson, The O'Reilly Factor, Laura Ingraham & more
Court TV
Law & Crime Network
ABC – News, Good Morning America & more
CBS – News
NBC – News, The Today Show & more
Celebrity Justice / E! / Entertainment Tonight
International: BBC, Sky TV, ITV (Good Morning, Britain & more), Canadian
TV, German TV, French TV

<u>Radio includes</u>: KNX, KABC, KFI, N.Y. stations, nationally syndicated radio,
Internet radio

<u>Print and Online include:</u> N.Y. Times, USA Today, L.A. Times, N.Y. Post,
N.Y. Daily News, Time, Newsweek, L.A. Daily News, International print and
online

<u>CASES ANALYZED INCLUDE:</u> College bribery scandal; R. Kelly; Robert
Kraft-massage parlor; Jussie Smollett; #MeToo; School shootings: Parkland,
Sandy Hook, Columbine; Terrorism: 9/11, Pulse nightclub, Halloween
ramming attack, Boston Marathon; Bill Cosby; Couch/Affluenza; Charlie
Sheen; Sandra Bland; Robert Durst; Kelli Stapleton; NFL/NBA players:
domestic violence; Oscar Pistorius; Ariel Castro/Ohio kidnapping; Jodi Arias;
Christopher Dorner; Batman shooter: James Holmes; Dr. Conrad Murray;
Casey Anthony; Tiger Woods; Mel Gibson & Oksana; Lindsay Lohan; James
Arthur Ray/Sedona sweat lodge; Heene Family ('Balloon Boy'); Jaycee
Dugard; Anna Nicole Smith; Nadya Suleman; OJ Simpson; Michael Jackson;
Paris Hilton; Britney Spears; Joran Van Der Sloot/Natalee Holloway; Jenny
Jones Talk Show Murder; Terri Schiavo; Priest Molestation; Police Brutality;
Laci Peterson; Kobe Bryant; Phil Spector; Robert Blake; Menendez brothers;
Rodney King; Jon Benet Ramsey; and Pres. Clinton impeachment.

<u>Psychiatric Consultant to Paternity Court</u>-Emmy nominated for Outstanding
Legal/Courtroom Program-nationally syndicated TV show (first 3 seasons)

Carole Lieberman, M.D., M.P.H.                                    Page 4
Forensic Psychiatrist/Expert Witness

# FACULTY APPOINTMENTS

UCLA/NEUROPSYCHIATRIC INSTITUTE
Decades as Assistant Clinical Professor of Psychiatry
Supervision of psychiatry residents; Psychiatry 101 course for medical students; Tutorials for medical students; Post-play discussions for residents, faculty, staff; Support group for women psychiatry residents; Women & Psychiatry course for undergraduates; Psychotherapy for medical students and residents

NEW YORK UNIVERSITY/BELLEVUE PSYCHIATRIC HOSPITAL
Teaching Assistant
Supervision of psychiatry residents; Post-Broadway-play discussions for residents and faculty; Reading seminar on Psychotherapy of Schizophrenia; Lecture Series on Theories of Personality; Presentation of Grand Rounds: "Schizo-Affective Illness Defies the Dichotomy"; Lecture Series on "Autistic Children" - Dept. of Child Psychiatry; Clinical instruction and lectures on individual topics

# EDUCATION
STATE UNIVERSITY OF NEW YORK at STONY BROOK
(including organic chemistry at Harvard)
     B.A. with Honors in Psychology
     Pre-Med; Major-Psychology; Minor-English/Creative Writing

UNIVERSITE DE LOUVAIN, BELGIUM - Medical School - M.D.

UCLA/SCHOOL OF PUBLIC HEALTH
POST-DOCTORAL SCHOLAR/NIMH FELLOWSHIP-Psychiatric Epidemiology
     -Specialty: Psychiatry and the Media-Using Media for Mental
     Health Promotion/Mental Illness Prevention
MASTER OF PUBLIC HEALTH (M.P.H.)
     -Division: Behavioral Science and Health Education

Carole Lieberman, M.D., M.P.H.                                    Page 5
Forensic Psychiatrist/Expert Witness

## HOSPITAL APPOINTMENTS

### Training in Medicine:
NEW YORK INFIRMARY - New York City - Straight Medical Intern
MT. SINAI HOSPITAL - Hartford, CT - Rotating Sub-Intern (including
Psychiatry electives at: CONNECTICUT VALLEY HOSPITAL and MT. ZION
HOSPITAL, San Francisco)

### Training in Psychiatry:
NEW YORK UNIVERSITY/BELLEVUE PSYCHIATRIC HOSPITAL - New
York City
    -Psychiatric Resident (Including Chief Residency at affiliated
    MANHATTAN PSYCHIATRIC CENTER)
MAUDSLEY HOSPITAL - London
    -Studied under Julian Leff - Expressed Emotion in Families of
    Schizophrenics
    -Learned research techniques measuring "Expressed Emotion" and
    "Present State Exam"
HAMPSTEAD CLINIC - London
    -Studied under Anna Freud - Psychoanalysis

### Other Hospital Appointments:
GATEWAYS HOSPITAL & MENTAL HEALTH CENTER - Los Angeles
    -Director, Day Treatment and Out Patient Depts.
    -Attending Staff Admitting Privileges
METROPOLITAN STATE HOSPITAL - Los Angeles - Educational Consultant
    -Lectures and clinical instruction for mental health professionals
WESTWOOD HOSPITAL - Los Angeles - Attending Staff Admitting Privileges
MOTION PICTURE & TV HOSPITAL - Consultant - Los Angeles
CEDARS SINAI HOSPITAL/THALIANS MENTAL HEALTH CENTER - Los
Angeles
-Emeritus Member of the Medical Staff in the Department of Psychiatry

Carole Lieberman, M.D., M.P.H.                                          Page 6
Forensic Psychiatrist/Expert Witness

## <u>ACADEMIC PUBLICATIONS</u>

-"The Existential 'School' of Thought...A Study of Existentialism and Education," <u>The Clearing House</u>

-"Ambiguity in the Treatment of the Concept of God in Sein and Zeit (Being and Time) as a Reflection of the Early Theological Education of Martin Heidegger" (a psychological profile), <u>Journal of Religious Studies</u>, 9 #2: 34-41

-"Problems of Women Psychiatric Residents," <u>Psychiatric Quarterly</u>, 53 #3: 175-177

-"Schizo-Affective Illness Defies the Dichotomy...And Keeps DSM III Pondering," <u>Schizophrenia Bulletin</u>, 5 #3: 436-440

-"Compulsive Shopping" – <u>Encyclopedia Britannica</u>

## <u>BOOKS</u>

-***Bad Boys: Why We Love Them, How To Live with Them and When to Leave Them*** (Penguin/Dutton/Signet Publishing)

-***Bad Girls: Why Men Love Them & How Good Girls Can Learn Their Secrets*** (Cogito Media)

-***Coping with Terrorism: Dreams Interrupted*** (European Atlantic Publications)

-***Lions and Tigers and Terrorists, Oh My! How to Protect Your Child in a Time of Terror*** (McNae, Marlin & Mackenzie/M3 Publishers/Troika)

-***American Dreams Interrupted: How To Stay Sane and Safe in a Time of Terror*** (publisher pending)

Carole Lieberman, M.D., M.P.H.                                          Page 7
Forensic Psychiatrist/Expert Witness

## CHAPTERS/FOREWORDS

***Beyond A Reasonable Doubt* – by Larry King** – Chapter: Countdown to Copycat Violence

***Missing Without A Trace* –** Chapter: Overcoming Trauma & Epilogue: Angels, Eagles and Indomitable Spirit

***Tragedy in Sedona*** – Foreword

***Divorcing a Narcissist*** – Foreword

## RESEARCH ACTIVITIES

-Psychiatry and the Media – UCLA - Projects include:
- -Seven Warning Signals of Mental Illness-Media Prevention Campaign
- -Effects of TV Programs About Anxiety and Depression: Are Undergrads Who Are Anxious, Depressed or Stressed More 'Tuned In'?
- -Who Calls In To TV Programs About Mental Health & Why?
- -Detection of Depression via TV: Giving the Audience the Zung Depression Scale

-Sudden Death and Schizophrenia: Etiological Perspectives-UCLA

-An 'Ideal' Health Care System for the American Schizophrenic-UCLA

-Expressed Emotion in Families of Schizophrenics - Maudsley Hospital, London; Manhattan Psychiatric Hospital/Bellevue; UCLA

-Correlation of Consultation Requests with Consultee Parameters – Bellevue Hospital, New York

-Assessment of the Effects of the Mentally Ill Upon the Psychiatric Personnel with whom they Interact – Honors Thesis – New York

-Research Assistant to Dr. Harry Harlow - University of Wisconsin – Surrogate Monkey Mothers and Peer Deprivation

Carole Lieberman, M.D., M.P.H.                                    Page 8
Forensic Psychiatrist/Expert Witness

## SPEAKING ENGAGEMENTS
**Nationally and internationally, as a keynote speaker, panelist and workshop leader:**

### National
American Psychiatric Association
Beverly Hills Bar Association
Book Expo America
California Department of Education
Cedars Sinai Hospital
Council of State Governments
Hollywood Conference on Media Violence
Learning Annex
Los Angeles County Bar Association
Los Angeles Times Festival of Books
Malibu Health and Wellness Fair
National Alliance on Mental Illness
National Association of Broadcasters
National Association of Television Program Executives (NATPE)
National Conference of State Legislatures
National Press Club – Press Conference
Natural History Museum of Los Angeles/California Science Center
New York City Fire Museum
NYU-Bellevue
Orange County Children's Book Festival
Parent Teacher Association
World Airline Entertainment Association
World Congress of Psychiatry
Writers Guild of America, West
Young Presidents Organization

### International
London, UK
Manchester, UK
Paris, France

and more….

Carole Lieberman, M.D., M.P.H.                                          Page 9
Forensic Psychiatrist/Expert Witness

## <u>AWARDS</u>
3-time Emmy Honoree
Writers Guild of America
City of Los Angeles
Film Advisory Board

<u>Literary awards for books at:</u>
New York Book Festival
London Book Festival
Paris Book Festival
Hollywood Book Festival
Beach Book Festival
Mom's Choice Award

Chosen as one of nation's "top therapists" by Cosmopolitan magazine


## <u>INVITED BIOGRAPHICAL INCLUSIONS</u>
Biography International
Directory of Medical Specialists
Dictionary of International Biography
International Directory of Distinguished Leadership
International Who's Who in Medicine
Personalities of the Americas
The Directory of Distinguished Americans
The International Book of Honor
The World Who's Who of Women
Who's Who of American Women
Who's Who Among Young American Professionals
Who's Who Among Human Service Professionals
Who's Who in California
5,000 Personalities of the World
Who's Who in the West
Who's Who in Executives and Professionals
And more….

Carole Lieberman, M.D., M.P.H.                                                    Page 10
Forensic Psychiatrist/Expert Witness


## <u>PROFESSIONAL SOCIETIES – Psychiatry & Legal</u>
### <u>(past and present)</u>

-AMERICAN ASSOCIATION OF DIRECTORS OF PSYCHIATRIC
RESIDENCY TRAINING
-AMERICAN PSYCHIATRIC ASSOCIATION
     Southern California Psychiatric Society:
         Public Information Committee & Co-Chair
     New York County District Branch:
         Committee on Residency Training; Assistant Editor of Newsletter;
         Resident Liaison to Executive Council; Chair and Founder,
         Committee on Residents
-BEVERLY HILLS BAR ASSOCIATION – Litigation Section Executive
Committee
-L.A. COUNTY MEDICAL WOMEN'S ASSOCIATION
-MALIBU MEDICAL SOCIETY
     Public Information Committee, Chair
-NATIONAL COALITION ON TV VIOLENCE – Chair
-NATIONAL INSTITUTES FOR PROFESSIONAL EDUCATION - Board of
Governors
-N.Y.U./BELLEVUE PSYCHIATRIC SOCIETY - Alumni
-THE SOCIETY FOR LIAISON PSYCHIATRY
-U.C.L.A. NEUROPSYCHIATRIC INSTITUTE – Clinical Faculty Association


## <u>EXPERT REVIEWER for the MEDICAL BOARD OF CALIFORNIA</u>


## <u>PRIVATE PRACTICE</u>
Beverly Hills, California