|  | Jan 6-2021-Nov 2, 2023 | | |
|---|---|---|---|
|  | RANKINGS | | |
| DC has Local Influence that is 10.6 times that found in Middle District of Florida. | TOTAL INFLUENCE | Per Capita | DC Index |
| District of Columbia | 1 | 1,499 | 100 |
| Southern District of New York | 2 | 1,188 | 126 |
| Western District of New York | 3 | 1,072 | 140 |
| Northern District of California | 4 | 1,042 | 144 |
| Eastern District of Michigan | 5 | 989 | 152 |
| Southern District of Ohio | 6 | 972 | 154 |
| Northern District of New York | 7 | 957 | 157 |
| Western District of Michigan | 8 | 952 | 157 |
| Western District of Kentucky | 9 | 941 | 159 |
| Eastern District of Kentucky | 10 | 941 | 159 |
| Eastern District of New York | 11 | 918 | 163 |
| Northern District of Ohio | 12 | 916 | 164 |
| District of Oregon | 13 | 888 | 169 |
| Northern District of Georgia | 14 | 884 | 170 |
| District of Colorado | 15 | 871 | 172 |
| Southern District of Florida | 16 | 870 | 172 |
| District of Delaware | 17 | 863 | 174 |
| Western District of Wisconsin | 18 | 856 | 175 |
| Western District of Washington | 19 | 855 | 175 |
| Southern District of Texas | 20 | 851 | 176 |
| Middle District of Florida | 21 | 850 | 176 |
| District of Connecticut | 22 | 845 | 177 |
| Northern District of Alabama | 23 | 845 | 177 |
| District of Minnesota | 24 | 835 | 180 |
| District of Maryland | 25 | 835 | 180 |
| Southern District of Alabama | 26 | 828 | 181 |
| Middle District of Alabama | 27 | 827 | 181 |
| Eastern District of Pennsylvania | 28 | 811 | 185 |
| District of South Dakota | 29 | 810 | 185 |
| District of Nebraska | 30 | 808 | 185 |
| Northern District of Florida | 31 | 807 | 186 |
| District of Nevada | 32 | 805 | 186 |
| District of Alaska | 33 | 803 | 187 |
| District of Rhode Island | 34 | 800 | 187 |
| Southern District of Georgia | 35 | 800 | 187 |
| District of Vermont | 36 | 799 | 188 |
| District of Maine | 37 | 799 | 188 |
| Middle District of Georgia | 38 | 790 | 190 |
| Eastern District of Washington | 39 | 789 | 190 |
| Western District of Pennsylvania | 40 | 789 | 190 |
| District of New Jersey | 41 | 780 | 192 |
| Southern District of Indiana | 42 | 778 | 193 |

Jan 6-2021-Nov 2, 2023

| | RANKINGS | | |
|---|---|---|---|
| DC has Local Influence that is 10.6 times that found in Middle District of Florida. | TOTAL INFLUENCE | Per Capita | DC Index |
| Northern District of Mississippi | 43 | 778 | 193 |
| Northern District of Indiana | 44 | 778 | 193 |
| Middle District of Pennsylvania | 45 | 777 | 193 |
| District of South Carolina | 46 | 765 | 196 |
| Southern District of California | 47 | 765 | 196 |
| Western District of Texas | 48 | 763 | 196 |
| District of Montana | 49 | 760 | 197 |
| District of Kansas | 50 | 757 | 198 |
| District of Massachusetts | 51 | 756 | 198 |
| Eastern District of Wisconsin | 52 | 753 | 199 |
| Northern District of Oklahoma | 53 | 753 | 199 |
| Eastern District of California | 55 | 733 | 205 |
| District of Arizona | 56 | 731 | 205 |
| Northern District of Texas | 57 | 728 | 206 |
| Middle District of Tennessee | 58 | 728 | 206 |
| Eastern District of Tennessee | 59 | 721 | 208 |
| Western District of Tennessee | 60 | 714 | 210 |
| District of New Mexico | 61 | 711 | 211 |
| Western District of Louisiana | 62 | 707 | 212 |
| Southern District of West Virginia | 63 | 705 | 213 |
| District of New Hampshire | 64 | 705 | 213 |
| Northern District of West Virginia | 65 | 691 | 217 |
| Eastern District of Texas | 66 | 681 | 220 |
| Eastern District of Arkansas | 67 | 672 | 223 |
| District of Hawaii | 68 | 660 | 227 |
| District of Idaho | 69 | 647 | 232 |
| Western District of Arkansas | 70 | 645 | 232 |
| Eastern District of Missouri | 71 | 617 | 243 |
| Western District of Missouri | 72 | 617 | 243 |
| Northern District of Iowa | 73 | 605 | 248 |
| Southern District of Iowa | 74 | 597 | 251 |
| District of North Dakota | 75 | 595 | 252 |
| Western District of Oklahoma | 76 | 584 | 257 |
| Eastern District of Oklahoma | 77 | 530 | 283 |
| District of Wyoming | 78 | 515 | 291 |
| Eastern District of Louisiana | 79 | 500 | 300 |
| Southern District of Mississippi | 80 | 489 | 307 |
| Middle District of Louisiana | 81 | 448 | 335 |
| District of Utah | 82 | 409 | 366 |

| | Jan 6-2021-Nov 2, 2023 | | |
|---|---|---|---|
| | RANKINGS | | |
| DC has Local Influence that is 10.6 times that found in Middle District of Florida. | LOCAL INFLUENCE | Per Capita | DC Index |
| District of Columbia | 1 | 748 | 100 |
| Northern District of California | 2 | 362 | 206 |
| Southern District of New York | 3 | 298 | 251 |
| Northern District of Oklahoma | 4 | 225 | 333 |
| Southern District of Texas | 5 | 184 | 406 |
| Western District of New York | 6 | 182 | 412 |
| Western District of Wisconsin | 7 | 164 | 455 |
| Western District of Washington | 8 | 122 | 615 |
| Northern District of Georgia | 9 | 116 | 644 |
| Southern District of Ohio | 10 | 112 | 666 |
| District of Montana | 11 | 109 | 685 |
| District of Nebraska | 12 | 103 | 728 |
| Eastern District of Pennsylvania | 13 | 102 | 733 |
| Western District of Texas | 14 | 96 | 775 |
| District of Nevada | 15 | 95 | 784 |
| Southern District of Florida | 16 | 91 | 826 |
| District of Connecticut | 17 | 88 | 849 |
| District of Minnesota | 18 | 87 | 855 |
| District of Massachusetts | 19 | 87 | 858 |
| Southern District of California | 20 | 85 | 877 |
| District of Maine | 21 | 84 | 891 |
| District of Utah | 22 | 82 | 916 |
| Western District of Pennsylvania | 23 | 80 | 933 |
| District of South Dakota | 24 | 79 | 943 |
| Eastern District of Michigan | 25 | 78 | 956 |
| District of Wyoming | 26 | 77 | 969 |
| District of Oregon | 27 | 75 | 993 |
| District of Colorado | 28 | 74 | 1,008 |
| Middle District of Florida | 30 | 71 | 1,060 |
| District of Hawaii | 31 | 70 | 1,070 |
| Middle District of Pennsylvania | 32 | 68 | 1,103 |
| Northern District of New York | 33 | 66 | 1,129 |
| District of New Mexico | 34 | 66 | 1,140 |
| Western District of Kentucky | 35 | 65 | 1,152 |
| Eastern District of Kentucky | 36 | 64 | 1,163 |
| Eastern District of Wisconsin | 37 | 62 | 1,214 |
| Northern District of Texas | 38 | 61 | 1,218 |
| District of South Carolina | 39 | 61 | 1,222 |
| Middle District of Tennessee | 40 | 60 | 1,240 |
| District of Idaho | 41 | 60 | 1,243 |
| District of Arizona | 42 | 59 | 1,260 |
| Northern District of Iowa | 43 | 59 | 1,263 |

| | Jan 6-2021-Nov 2, 2023 | | |
| --- | --- | --- | --- |
| | RANKINGS | | |
| DC has Local Influence that is 10.6 times that found in Middle District of Florida. | LOCAL INFLUENCE | Per Capita | DC Index |
| District of North Dakota | 44 | 59 | 1,275 |
| Eastern District of Arkansas | 45 | 58 | 1,299 |
| Northern District of Ohio | 46 | 57 | 1,317 |
| Eastern District of Washington | 47 | 56 | 1,332 |
| Western District of Oklahoma | 48 | 55 | 1,350 |
| Northern District of Alabama | 49 | 55 | 1,366 |
| Eastern District of California | 50 | 54 | 1,391 |
| Western District of Missouri | 51 | 54 | 1,395 |
| Eastern District of Missouri | 52 | 53 | 1,405 |
| Eastern District of Tennessee | 53 | 53 | 1,415 |
| Southern District of West Virginia | 54 | 52 | 1,427 |
| Southern District of Iowa | 55 | 50 | 1,481 |
| District of Vermont | 56 | 50 | 1,488 |
| District of Alaska | 57 | 50 | 1,501 |
| Western District of Tennessee | 58 | 46 | 1,635 |
| Southern District of Indiana | 59 | 44 | 1,687 |
| District of Rhode Island | 60 | 44 | 1,699 |
| Northern District of Indiana | 61 | 44 | 1,711 |
| Western District of Michigan | 62 | 42 | 1,796 |
| Northern District of West Virginia | 63 | 38 | 1,943 |
| District of Kansas | 64 | 38 | 1,951 |
| Southern District of Alabama | 65 | 37 | 2,007 |
| Middle District of Alabama | 66 | 36 | 2,069 |
| Western District of Louisiana | 67 | 34 | 2,215 |
| District of Maryland | 68 | 33 | 2,238 |
| Southern District of Georgia | 69 | 32 | 2,359 |
| Middle District of Louisiana | 70 | 32 | 2,364 |
| Western District of Arkansas | 71 | 30 | 2,469 |
| District of New Hampshire | 72 | 28 | 2,630 |
| Northern District of Mississippi | 73 | 28 | 2,646 |
| Northern District of Florida | 74 | 28 | 2,666 |
| Eastern District of New York | 75 | 27 | 2,738 |
| Eastern District of Louisiana | 76 | 27 | 2,745 |
| Middle District of Georgia | 77 | 21 | 3,501 |
| District of New Jersey | 78 | 20 | 3,715 |
| Southern District of Mississippi | 79 | 17 | 4,479 |
| Eastern District of Texas | 80 | 14 | 5,334 |
| District of Delaware | 81 | 4 | 18,221 |
| Eastern District of Oklahoma | 82 | 2 | 33,068 |