**Implicit Bias Citations Attachment**

1. APA definition of Implicit Bias: Implicit bias is a negative attitude, of which one is not consciously aware, against a specific social group [...] thought to be shaped by experience and based on learned associations between particular qualities and social categories. Individuals' perceptions and behaviors can be influenced by the implicit biases they hold, even if they are unaware they hold such biases. Implicit bias is an aspect of implicit social cognition: the phenomenon that perceptions, attitudes, and stereotypes can operate prior to conscious intention or endorsement. https://www.apa.org/topics/implicit-bias

2. APA definition of Explicit Prejudice: Explicit prejudice [is] a negative attitude against a specific social group that is consciously held, even if not expressed publicly. The person is thus aware of and can report on this type of prejudice, typically via questionnaires that require participants to indicate whether they agree or disagree with the statements presented. An explicit belief is one that is consciously endorsed by the individual. https://dictionary.apa.org/explicit-prejudice

3. Bennett, M. W. (2010). Unraveling the Gordian knot of implicit bias in jury selection: The problems of judge-dominated voir dire, the failed promise of Batson, and proposed solutions. Harvard Law & Policy Review, 4(1), 149–171. https://ssrn.com/abstract=2505424

4. Kirshenbaum, J. M., Miller, ____. (2020). Judges' experiences with mitigating jurors' implicit biases. Psychiatry, Psychology, and Law, 28(5), 683-693. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9103583/

5. Ruva, C. L., & Guenther, C. C. (2015). From the Shadows into the Light: How Pretrial Publicity and Deliberation Affect Mock Jurors' Decisions, Impressions, and Memory. https://www.researchgate.net/publication/269631895

6. Lai, C. K., & Skinner, A. L. (2016). Reducing implicit racial preferences: II. Intervention effectiveness across time. https://researchgate.net/publication/304032046

7. Forscher, P. S., & Lai, C. K. (2019). A Meta-Analysis of Procedures to Change Implicit Measures. https://devinelab.psych.wisc.edu/wp-content/uploads/sites/1383/2020/04/A-Meta-Analysis-of-Procedures-to-Change-Implicit-Measures-1.pdf

8. Department of Justice (DOJ). (2022). Managing Bias for Law Enforcement: A New Training Course for Policing Agencies. https://cops.usdoj.gov/html/dispatch/11-2022/managing_bias_training.html

9. Federal Judicial Center. Effectiveness of Implicit Bias Trainings. https://www.fjc.gov/content/337738/effectiveness-implicit-bias-trainings

10. FBI. Perspective- Strengthening Relationships by Managing Biases.
    https://leb.fbi.gov/articles/perspective/perspective-strengthening-relationships-by-managing-biases

11. FBI National Academy, Quantico. (2021). Implicit Bias 2021 Training Presentations Information 1.
    https://www.fbinaa.org/fbinaa/document-server/?cfp=/fbinaa/assets/file/public/education/speakers-bureau/2021sbcrispwarriorguardian.pdf

    https://www.fbinaa.org/fbinaa/document-server/?cfp=/fbinaa/assets/file/public/education/speakers-bureau/2021sbhoina.pdf

12. USDA. Mandatory Unconscious Bias Training.
    https://www.fs.usda.gov/inside-fs/mail-call/usda-about-mandatory-unconscious-bias-training

13. NIH. Implicit Bias Training Course.
    https://diversity.nih.gov/sociocultural-factors/implicit-bias-training-course

14. EEOC. (2021). Launches Diversity, Equity, Inclusion (DE&I) Workshop Series.
    https://www.eeoc.gov/newsroom/eeoc-launches-diversity-equity-inclusion-dei-workshop-series

15. DOD EOC Management Institute. Slides on Implicit Bias.
    https://www.defenseculture.mil/Portals/90/Documents/A2S/Factors/EO-EEO/PRES-Implicit_Bias-20181101.pdf?ver=2020-05-13-143635-200

16. DHS. (2023). Updates Department-Wide Use of Force Policy.
    www.dhs.gov/news/2023/02/07/dhs-updates-department-wide-use-force-policy-advance-effective-accountable-law

17. DHS. (2021). Equity Action Plan PDF.
    www.dhs.gov/sites/default/files/2022-04/DHS%20Equity%20Action%20Plan%20%28Final%29_0.pdf

18. Arendt, F., & Northup, T. (2015). Effects of long-term exposure to news stereotypes on implicit and explicit attitudes. International Journal of Communication, 9, 2370-2390.
    https://ijoc.org/index.php/ijoc/article/view/2691/1325

19. James, L. (2017). The Stability of Implicit Racial Bias in Police Officers.
    https://journals.sagepub.com/doi/epub/10.1177/1098611117732974

20. Steblay, N. (____). The Effects of Pretrial Publicity on Juror Verdicts: A Meta-Analytic Review. Law and Human Behavior, 23(2), 219-235.
    https://www.researchgate.net/publication/226920798

21. Sue, S., Smith, P., & Pedroza, ____. (1975). Authoritarianism, Pretrial Publicity, And Awareness Of Bias In Simulated Jurors. Psychological Reports, 37, 1299-1302. https://d.docksci.com/queue/authoritarianism-pretrial-publicity-and-awareness-of-bias-in-simulated-jurors_5e623f2f097c477e528b4581.html

22. Kroon, A. C., van der Meer, T. G. L. A., & Mastro, D. (2021). Confirming Bias Without Knowing? Automatic Pathways Between Media Exposure and Selectivity. Communication Research, 48(2), 180-202. https://doi.org/10.1177/0093650220905948

23. https://www.researchgate.net/publication/226920798_The_Effects_of_Pretrial_Publicity_on_Juror_Verdicts_A_Meta-Analytic_Review

24. Authoritarianism, Pretrial Publicity, And Awareness Of Bias In Simulated Jurors. Sue, Smith, Pedroza University of Washington. Psychological Reports, (1975), 37, 1299-1302 https://d.docksci.com/queue/authoritarianism-pretrial-publicity-and-awareness-of-bias-in-simulated-jurors_5e623f2f097c477e528b4581.html

25. Confirming Bias Without Knowing? Automatic Pathways Between Media Exposure and Selectivity. Kroon, A. C., van der Meer, T. G. L. A., & Mastro, D. (2021). Communication Research, 48(2), 180-202. https://doi.org/10.1177/0093650220905948 https://journals.sagepub.com/doi/epub/10.1177/0093650220905948