## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-CR-11 (RJL) |
| | : | |
| **DION RAJEWSKI,** | : | |
| **BRIAN BOELE,** | : | |
| **ALAN FISCHER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, enters the appearance of Jake E. Struebing as counsel of record in the above-captioned proceeding in substitution for Michael Matthew Gordon. Please terminate the appearance of Mr. Gordon from the docket.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Dated: June 14, 2024        By:   */s/ Jake E. Struebing*
Jake E. Struebing
Assistant United States Attorney
D.C. Bar No. 1673297
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-6931
Email:  Jake.Struebing@usdoj.gov