UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 22CR0011-RJL |
| ) | |
| ) | |
| **ALAN FISCHER III,** ) | |
| ) | |
| ) | |
| **Defendant,** ) | |
| _____ | |

### DEFENDANT FISCHER'S UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

The Defendant, **ALAN FISCHER III**, by and through his undersigned counsel, moves this Honorable Court to enter its order allowing him to travel outside the continental United States to the U.S. Territory of Puerto Rico and as grounds states the following:

1. The Defendant, FISCHER, seeks to travel from December 11 – 14, 2024 to attend the wedding of a cousin of his fiancée in Puerto Rico. The Court previously granted permission to this Defendant to travel to Puerto Rico last year for the wedding of a different relative.

2. The Defendant and his fiancée will be traveling to Puerto Rico on December 11, 2024 and returning to his residence in Florida on December 14, 2024. If permitted to travel, they will stay at Hotel El Convento located at 100 Calle del

Cristo, San Juan, P.R. 00901.  A detailed itinerary will be provided to his Pretrial Services Officer prior to travel.

3.  Prior to filing this motion, undersigned counsel contacted counsel for the government, REBEKAH LEDERER, who after consulting with the Defendant's Pretrial Services Officer, does not oppose the granting of this motion.

WHEREFORE, based upon the foregoing, the Defendant, **ALAN FISCHER III**, requests that this Court grant the relief requested herein.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Alan Fischer III.
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com

By:/s/____*George T. Pallas*_____
GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

By:/s/____*George T. Pallas*_____
GEORGE T. PALLAS, ESQ.